CONSUMER CREDIT TRANSACTION
IMPORTANT!! YOU ARE BEING SUED !!
THIS IS A COURT PAPER – A SUMMONS

DON'T THROW IT AWAY!! TALK TO A LAWYER RIGHT AWAY! PART OF YOUR PAY CAN BE TAKEN FROM YOU (GARNISHEE). IF YOU DO NOT BRING THIS TO COURT, OR SEE A LAWYER, YOUR PROPERTY CAN BE TAKEN AND YOUR CREDIT RATING CAN BE HURT!! YOU MAY HAVE TO PAY OTHER COSTS TOO!!! IF YOU CAN'T PAY FOR YOUR OWN LAWYER, BRING THESE PAPERS TO THIS COURT RIGHT AWAY. THE CLERK (PERSONAL APPEARANCE) WILL HELP YOU!

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF QUEENS**

013274

| | |
|---|---|
| HARVEST CREDIT MANAGEMENT VII, LLC as successor in interest to HSBC/GM<br>            Plaintiff,<br>   vs.<br>ANDREW ALISHAYEVA<br>            Defendant(s) | INDEX NO.<br><br>File Date:_____<br><br>Plaintiff designates QUEENS County as the place of trial<br><br>Plaintiff's Address:<br>1580 Lincoln St<br>Denver, CO 80203<br><br>**SUMMONS AND COMPLAINT**<br>Venue is based on defendant's residence. |

**TO THE ABOVE NAMED DEFENDANT:**

   YOU ARE HEREBY SUMMONED TO APPEAR in the CIVIL COURT OF THE CITY OF NEW YORK, County of QUEENS, at the Office of the Clerk of the said Court at 89-17 Sutphin Blvd. Jamaica, NY 11435 in the County of QUEENS, City and State of New York, within the time provided by law as noted below and to file your answer to the annexed complaint with the Clerk; upon your failure to answer, judgment will be taken against you for the sum of $6,263.09 , together with interest running thereon from December 22, 2010 plus the costs of this action.

Dated: Warwick, New York
February 7, 2011

Defendant's residence is:
9837 65TH AVE APT 4A
REGO PARK NY 11374-3432


Our file H0117123
$140.00

Goldman, Warshaw & Parrella
- Goldman & Warshaw PC -
Attorneys for Plaintiff

By: _____
*Jeff Parrella, Esq.*
10 Oakland Ave, STE 2-4
P.O. Box 597
Warwick, NY 10990
(845) 544-1783 or (973) 439-0077

Note: The law provides that:
    (a) If this summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY (20) days after such service; or

    (b) If this summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, OR BY ANY MEANS OTHER THAN PERSONAL DELIVERY TO YOU WITHIN THE CITY OF NEW YORK, you are allowed THIRTY (30) DAYS AFTER THE PROOF OF SERVICE THEREOF IS FILED WITH THE CLERK OF THIS COURT within which to appear and answer.

FEDERAL LAW REQUIRES US TO INFORM YOU THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

Our file H0117123

TRANSACCION DE CREDITO DEL CONSUMIDOR
! IMPORTANTE! UD. HA SIDO DEMANDADO !
ESTE ES UN DOCUMENTO LEGAL - UNA CITACION

**!NO LA BOTE! !CONSULTE CON SU ABOGADO ENSEGUIDA! LE PUEDEN QUITAR PARTE DE SU SALARIO (EMBARGARLO). !SI UD. NO SE PRESENTA EN LA CORTE CON ESTA CITACION LE PUEDEN CONFISCAR SUS BIENES, (PROPIEDAD) Y PERJUDICAR SU CREDITO! !TAMBIEN ES POSIBLE QUE TENGA QUE PAGAR OTROS GASTOS LEGALES (COSTOS) !SI UD. NO TIENE DINERO PARA UN ABOGADO TRAIGA ESTOS PAPELES A LA CORTE INMEDIATAMENTE! VENGA EN PERSONA Y EL SECRETARIO DE LA CORTE LE AYUDARA.!!!**

**CORTE CIVIL DE LA CIUDAD DE NUEVA YORK**
**CONTADO DE QUEENS**

| | |
|---|---|
| HARVEST CREDIT MANAGEMENT VII, LLC as successor in interest to HSBC/GM<br><br>Plaintiff,<br>vs.<br>ANDREW ALISHAYEVA<br>Defendant(s) | No. de Archivo:_____<br>No. de Epigrafe:_____<br>Fecha de Archivo:_____<br><br>Demandante designa el Condado de QUEENS para el lugar to Juicio<br><br>La Direccion del Demandante<br>1580 Lincoln St<br>Denver, CO 80203<br><br>**CITACIO´N Y QUEJA**<br>El Condado es basado en la residencia de el Demandado |

**AL DEMANDADO ARRIBA MENCIONADO:**

USTED ESTA CITADO a comparecer en la Corte Civil de la Ciudad de Nueva York, Condado de QUEENS, la oficina del Jefe Principal de dicha Corte en 89-17 Sutphin Blvd. Jamaica, NY 11435, en el Condado de QUEENS, Ciudad y Estado de Nueva York, dentro del tiempo provisto por la ley segun abajo indicado y a presentar su respuesta a la - citacio´n endorsada - demanda adjunta* - al Jefe de la Corte; si usted no comparece a contestar, se rendira; sentencia contra usted en la suma de $6,263.09 mas el interes desde December 22, 2010 incluyendo los costos de esta causa.

Fechado:    Warwick, Nueva York
            February 7, 2011

                                                   Goldman, Warshaw & Parrella
                                                   - Goldman & Warshaw PC -
                                                   Attorneys for Plaintiff

                                                   By: _____
                                                 *Jeff Parrella, Esq.*
                                                 10 Oakland Ave, STE 2-4
                                                 P.O. Box 597
                                                 Warwick, NY 10990
                                                 (845) 544-1783 or (973) 439-0077

Lugar De Residencia del Demandado:
9837 65TH AVE APT 4A
REGO PARK NY 11374-3432

Nota: La Ley provee que:
     (a) Si esta citacio`n es entregada a usted personalmente en la Ciudad de Nueva York, usted debe comparecer y responderia dentro de VEINTE dias despues de la entrega; o`

     (b) Si esta citacio`n es entregada a otra personsa que no fuera usted personalment, o` si fuera entregada afuera de la Ciudad de Nueva York, O` POR MEDIO DE PUBLICACIO`N, O` OTROS MEDIOS QUE NO FUERAN ENTREGA PERSONAL A USTED EN LA CIUDAD DE NUEVA YORK, usted tiene TREINTA (30) DIAS PARA COMPARECER Y RESPONDER LA DEMANDA, DESPUES DE HABERSE PRESENTADO PRUEBA DE ENTREGA DE LA CITACIO`N AL JEFE DE ESTA CORTE.

H0117123

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

| | |
|---|---|
| HARVEST CREDIT MANAGEMENT VII, LLC as successor in interest to HSBC/GM<br><br>          Plaintiff,<br>    vs.<br><br>ANDREW ALISHAYEVA<br>          Defendant(s) | INDEX NO.<br><br>VERIFIED COMPLAINT |

Plaintiff(s), whose New York City Department of Consumer Affairs License number is 1264970 , having duly purchased this debt, is the successor in interest to the original creditor HSBC/GM . Plaintiff(s), by its attorneys Goldman, Warshaw & Parrella
- Goldman & Warshaw, PC - , complaining of the defendant(s), allege(s) as follows:

### AS FOR THE FIRST CAUSE OF ACTION

1. Upon information and belief, the defendant(s) reside in the county in which this action is brought; or that the defendant(s) transacted business within the county in which this action is brought in person or through his agent and that the instant cause arose out of said transaction.

2. That plaintiff, at defendant(s) express or implied request, provided credit to the defendant.

3. Thereafter, defendant incurred various charges, and defendant presently owes $6,263.09 in unpaid charges

4. Payment of the defaulted balance has been duly demanded and remains unpaid.

### AS FOR THE SECOND CAUSE OF ACTION

5. Plaintiff repeats and reiterates each and every allegation contained in Paragraphs "1" through "4" inclusive, as if more fully set forth herein at length.

6. Plaintiff rendered a written statement to defendant(s) setting forth the fact that goods and/or services were purchased through said extended credit and goods and/or services were not paid for by defendant(s) and defendant(s) did not dispute the existence or accuracy of said statement and the underlying indebtedness therein on said statement constitutes a written account stated.

WHEREFORE, plaintiff demands judgement as follows:

(a) Against the above-captioned defendant(s), on the first and second causes of action, in the amount of $6,263.09, together with interest running thereon from December 22, 2010.
(b) For the costs and disbursements of this action.

Dated: February 7, 2011

>
> Goldman, Warshaw & Parrella
> - Goldman & Warshaw PC
> Attorneys for Plaintiff
>
> By: _____
> *Jeff Parrella, Esq.*
> 10 Oakland Ave STE 2-4
> P.O. Box 597
> Warwick, NY 10990
> (845) 544-1783 or (973) 439-0077

H0117123

VERIFICATION

STATE OF NEW YORK     )
                      ) SS.:
COUNTY OF ORANGE      )

The undersigned, an attorney with Goldman, Warshaw & Parrella - Goldman & Warshaw PC -, the attorney of record for the plaintiff, admitted to practice in the Courts of the State of New York, affirms that he had read the foregoing complaint and knows the contents thereof; that same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters, deponent believes them to be true.

This verification is made by deponent because plaintiff is not in the county where deponent has his office, or all of the material allegations of the pleadings are within the personal knowledge of deponent.

The grounds of deponent's belief as to all matters not stated upon knowledge are obtained from records of plaintiff in his possession.

The undersigned affirms that the foregoing statements are true, under the penalties of perjury.

DATED:     Warwick, New York
           February 7, 2011

                                                _____
                                                Jeffrey Parrella

H0117123
nycrc