# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREY ALISHAYEV,<br><br>    Plaintiff,<br><br>  v.<br><br>JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, JAMES W. OLSEN, and RIVER HEIGHTS CAPITAL, LLC,<br><br>    Defendants. | Civil Case No.: 1:25-CV-2075<br><br>**SUBSTITUTION OF COUNSEL** |

**PLEASE TAKE NOTICE** that the undersigned counsel hereby consents to the substitution of counsel by Goldberg Segalla LLP, as counsel of record on behalf of Defendants, Judgment Recovery Partners, LLC, Tyler Umans, James W. Olsen in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that copies of all papers filed with the Court in this matter should be served upon the undersigned at joliva@goldbergsegalla.com.

| **MESSER STRICKLER BURNETTE, LTD.** | **GOLDBERG SEGALLA LLP** |
|---|---|
| By: /s/ Lori J. Quinn<br>Lori J. Quinn, Esq.<br>49 W. Jericho Tpke, #1004<br>Huntington, New York 11746<br>(646) 779-8653<br>Fax: (312-334-3473<br>Ljquinn2messerstrickler.com<br>Withdrawing Counsel<br><br>Date: May 6, 2025 | BY: */s/ Joseph A. Oliva*<br>Joseph A. Oliva, Esq.<br>711 3rd Avenue, 19th Floor<br>New York, New York 10017<br>(646) 292-8734<br>Fax: (646) 292-8701<br>joliva@goldbergsegalla.com<br>Superseding Counsel<br><br>Dated: May 6, 2025 |