# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREY ALISHAYEV,<br><br>                             Plaintiff(s),<br><br>-against-<br><br>JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, JAMES W. OLSEN And RIVER HEIGHTS CAPITAL, LLC,<br><br>                             Defendants. | Case No. 1:25-CV-2075<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

      PLEASE TAKE NOTICE of the appearance of Joseph A. Oliva, Esq., of the law firm of GOLDBERG SEGALLA LLP, pursuant to the Federal Rules of Civil Procedure, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon him as follows: Joseph A. Oliva, Esq., Goldberg Segalla, LLP, 711 3rd Avenue, 19th Floor, New York, New York 10017, joliva@golbergsegalla.com.

      I, Joseph A. Oliva certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Dated:  New York, New York
          May 6, 2025

                                                                /s/ *Joseph A. Oliva*
                                               JOSEPH A. OLIVA, ESQ. (JO 7672)
                                               **GOLDBERG SEGALLA LLP**
                                               *Attorneys for Defendants*
                                               **JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, and JAMES W. OLSEN**
                                               711 3rd Avenue, Suite 1900
                                             New York, New York 10017
                                             P: (646) 292-8700
                                             joliva@goldbergsegalla.com
                                             GS File No.: 7854.0142

**TO:** **THE LAW OFFICE OF AHMAD KESHAVARZ**
Ahmad Keshavarz, Esq.
*Attorneys for Plaintiff*
ANDREY ALISHAYEV
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900 / Fax: (877) 496-7809
ahmad@NewYorkConsumerAttorney.com

**MESSER STRICKLER BURNETTE, LTD.**
Lori J. Quinn, Esq.
*Attorneys for Defendant*
RIVER HEIGHTS CAPITAL, LLC
49 W. Jericho Tpke, #1004
Huntington, New York 11746
(646) 779-8653
Fax: (312-334-3473
Ljquinn2messerstrickler.com

# CERTIFICATE OF SERVICE

I, Joseph A. Oliva, do hereby certify that on **May 6, 2025,** a copy of the foregoing Notice of Appearance for Joseph A. Oliva was filed electronically and served in accordance with the applicable rules of Civil Procedure and of the Court upon the following:

| | |
|---|---|
| The Law Office of Ahmad Keshavarz | MESSER STRICKLER BURNETTE, LTD. |
| Ahmad Keshavarz, Esq. | Lori J. Quinn, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| ANDREY ALISHAYEV | RIVER HEIGHTS CAPITAL, LLC |
| 16 Court St., 26th Floor | 49 W. Jericho Tpke, #1004 |
| Brooklyn, NY 11241-1026 | Huntington, New York 11746 |
| Phone: (718) 522-7900 / Fax: (877) 496-7809 | Phone: (646) 779-8653 / Fax: (312-334-3473 |
| ahmad@NewYorkConsumerAttorney.com | Ljquinn2messerstrickler.com |

    /s/ *Joseph A. Oliva*
JOSEPH A. OLIVA (JA 7672)

8694552.1