

# MESSER STRICKLER BURNETTE, LTD.

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

www.messerstrickler.com

---

**Lori J. Quinn, Partner**
49 W. Jericho Turnpike, #1004
Huntington, NY 11746
(646) 779-8653 (phone)
(312) 334-3473 (facsimile)
ljquinn@messerstrickler.com

May 6, 2025

> GRANTED. The deadline for all Defendants to answer or otherwise respond to the complaint is extended to **June 3, 2025**. The Initial Pretrial Conference previously scheduled for July 9, 2025, is adjourned to **Wednesday, July 30, 2025 at 9:30 a.m.**
>
> SO ORDERED. Dated May 7, 2025.
>
> MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

**VIA ECF**
Honorable Margaret M. Garnett
United Stated District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re: Alishayev v Judgment Recovery Partners, LLC, et al.
Case No.: 1:25-cv-2075-MMG

Dear Judge Garnett:

This firm represents Judgment Recovery Partners, LLC, Tyler Umans, James W. Olsen, and River Heights Capital LLC in this matter. This letter is written to request an extension through June 3, 2025 to respond to Plaintiff's Complaint on behalf of all named Defendants.

Plaintiff's Complaint was filed on March 12, 2025. Defendants' were served with the Complaint along with a Fed. R. Civ. P. Rule 4 waiver on March 14, 2025. Rule 4 Waivers were signed and filed with the Court [DE 6, 7, 8 and 9] on March 17, 2025, making Defendants' responsive pleadings due on or before May 13, 2025.

We were just notified that Defendants, Judgment Recovery Partners LLC, Tyler Umans, and James W. Olsen will be represented by Joseph A. Oliva, Esq. of Goldberg Segalla. Given these facts and anticipated substitution of counsel, we write to respectfully request the extension of time.

The undersigned contacted Plaintiff's counsel requesting an extension to file a responsive pleading for all Defendants up to and inclusive of June 3, 2025. Plaintiff's counsel advised that he has no objection. This is Defendants' first request for an extension of time.

Alishayev v Judgment Recovery Partners, LLC, et al.
Case No.: 1:25-cv-2075-MMG
May 6, 2025
Page 2

---

Thank you for the Court's consideration of this matter.

          Respectfully submitted,
          MESSER STRICKLER BURNETTE, LTD.

          By: _____
               Lori J. Quinn, Esq.
               (Fed. Bar: LQ1468 / SBN 4097358)

cc: **VIA ECF**
Ahmed Keshavarz, Counsel for Plaintiff

**VIA Electronic Mail**
Joseph A. Oliva, Esq.
joliva@goldbergsegalla.com