# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREY ALISHAYEV,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　-against-<br><br>JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, JAMES W. OLSEN And RIVER HEIGHTS CAPITAL, LLC,<br><br>　　　　　　　　　Defendants. | Case No. 1:25-CV-2075 |

## MOTION FOR PRO HAC VICE ADMISSION OF MATTHEW S. MARRONE

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern District of New York, I, Joseph A. Oliva, am a member in good standing of the United States District Court of the Southern District of New York, there are no pending disciplinary proceedings against me in any state or federal court and I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I hereby move this Court for an Order for admission for Matthew S. Marrone to practice Pro Hac Vice to appear as counsel for Defendants Judgment Recovery Partners LLC, Tyler Umans and James W. Olsen in the above-captioned action.

Matthew S. Marrone's contact information is: Goldberg Segalla LLP, 1037 Raymond Boulevard, Suite 1010, Newark, NJ  07102, Email: mmarrone@goldbergsegalla.com and Telephone: 267-519-6851.

In support of this motion, the undersigned relies upon the accompanying Declaration of Sponsor for Admission *Pro Hac Vice* of Matthew S. Marrone, Declaration of Pro Hac Vice

applicant Matthew S. Marrone, Matthew S. Marrone's Certificate of Good Standing and the Proposed Order.

Dated: New York, New York
June 11, 2025

        Respectfully Submitted,

        _____
        Joseph A. Oliva, Esq.
        GOLDBERG SEGALLA LLP
        *Attorneys for Defendants*
        **JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS and JAMES W. OLSEN**
        711 3rd Avenue, Suite 1900
        New York, New York 10017
        T: (646) 292-8700 / F: (646) 292-8701
        joliva@goldbergsegalla.com
        GS File No.: 7854.0142

**TO:** **THE LAW OFFICE OF AHMAD KESHAVARZ**
Ahmad Keshavarz, Esq.
*Attorneys for Plaintiff*
ANDREY ALISHAYEV
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900 / Fax: (877) 496-7809
ahmad@NewYorkConsumerAttorney.com

**MESSER STRICKLER BURNETTE, LTD.**
Lori J. Quinn, Esq.
*Attorneys for Defendant*
RIVER HEIGHTS CAPITAL, LLC
49 W. Jericho Tpke, #1004
Huntington, New York 11746
Phone: (646) 779-8653 / Fax: (312) 334-3473)
Ljquinn2messerstrickler.com

## CERTIFICATE OF SERVICE

I, Joseph A. Oliva, attorney for Defendants **JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS and JAMES W. OLSEN** do hereby certify that on this **10th day of June, 2025**, a copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE OF MATTHEW S. MARRONE, DECLARATION OF SPONSOR, DECLARATION OF MATTHEW S. MARRONE, CERTIFICATE OF GOOD STANDING and PROPOSED ORDER, have been served via filing through the USDC SDNY CM/ECF site via electronic transmission to the email address(es) designated by said attorney(s) for that purpose via CM/ECF, within the State of New York upon the following:

**THE LAW OFFICE OF AHMAD KESHAVARZ**
Ahmad Keshavarz, Esq.
*Attorneys for Plaintiff*
ANDREY ALISHAYEV
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900 / Fax: (877) 496-7809
ahmad@NewYorkConsumerAttorney.com

**MESSER STRICKLER BURNETTE, LTD.**
Lori J. Quinn, Esq.
*Attorneys for Defendant*
RIVER HEIGHTS CAPITAL, LLC
49 W. Jericho Tpke, #1004
Huntington, New York 11746
Phone: (646) 779-8653 / Fax: (312) 334-3473
Ljquinn2messerstrickler.com

_____
Joseph A. Oliva, Esq.