UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREY ALISHAYEV,<br><br>        Plaintiff(s),<br><br> -against-<br><br>JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, JAMES W. OLSEN And RIVER HEIGHTS CAPITAL, LLC,<br><br>        Defendants. | Case No. 1:25-CV-2075 |

**DECLARATION OF SPONSOR**

Joseph A. Oliva, Esq., being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of Goldberg Segalla LLP, 711 Third Avenue, Suite 1900, New York, New York 10017.

2. I am a member of good standing of the bar of the United States District Court for the Southern District of New York since 1996 and of the bar of the State of New York since 1994.

3. This Declaration is made in support of the admission Pro Hac Vice of Matthew S. Marrone to the United States District Court for the Southern District of New York, for purposes of representing defendants Judgment Recovery Partners LLC, Tyler Umans and James W. Olsen in the above-captioned matter.

4. Matthew S. Marrone possesses the character, fitness and moral qualifications necessary to practice law before this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
June 11, 2025

Respectfully Submitted,

_____
Joseph A. Oliva, Esq.
GOLDBERG SEGALLA LLP
*Attorneys for Defendants*
**JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS and JAMES W. OLSEN**
711 3rd Avenue, Suite 1900
New York, New York 10017
T: (646) 292-8700 / F: (646) 292-8701
joliva@goldbergsegalla.com
GS File No.: 7854.0142

**TO:** **THE LAW OFFICE OF AHMAD KESHAVARZ**
Ahmad Keshavarz, Esq.
*Attorneys for Plaintiff*
ANDREY ALISHAYEV
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900 / Fax: (877) 496-7809
ahmad@NewYorkConsumerAttorney.com

**MESSER STRICKLER BURNETTE, LTD.**
Lori J. Quinn, Esq.
*Attorneys for Defendant*
RIVER HEIGHTS CAPITAL, LLC
49 W. Jericho Tpke, #1004
Huntington, New York 11746
Phone: (646) 779-8653 / Fax: (312-334-3473)
Ljquinn2messerstrickler.com