UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ANDREY ALISHAYEV,

                Plaintiff(s),

  -against-

JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, JAMES W. OLSEN And RIVER HEIGHTS CAPITAL, LLC,

                Defendants.

Case No. 1:25-CV-2075

## **DECLARATION OF MATTHEW S. MARRONE**

Matthew S. Marrone, Esq., being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of Goldberg Segalla LLP, 1037 Raymond Boulevard, Suite 1010, Newark NJ, 07102-5423.

2. I am admitted to the Bar of the State of New Jersey and am in good standing. I attach my Certificate of Good Standing of the State of New Jersey.

3. I am also admitted to practice as a member of the Bar of the Commonwealth of Pennsylvania, United States District Courts for the Districts of New Jersey and the Eastern District of Pennsylvania, and the Third Circuit Court of Appeals.

4. I have never been convicted of a felony and have never been subjected to discipline in any jurisdictions in which I practice.

5. There are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. My contact information is as follows:

Goldberg Segalla LLP
1037 Raymond Boulevard, Suite 1010
Newark, NJ  07102
mmarrone@goldbergsegalla.com
Phone: 267-519-6851

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
June 11, 2025

_____
Matthew S. Marrone