UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREY ALISHAYEV, <br><br>                              Plaintiff(s), <br><br> -against- <br><br> JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, JAMES W. OLSEN And RIVER HEIGHTS CAPITAL, LLC, <br><br>                              Defendants. | Case No. 1:25-CV-2075 <br><br> **ORDER FOR ADMISSION PRO HAC VICE OF MATTHEW S. MARRONE** |

The motion of Joseph A. Oliva for Matthew S. Marrone for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of New Jersey; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Matthew S. Marrone |
| Firm Name: | Goldberg Segalla LLP |
| Address: | 1037 Raymond Boulevard, Suite 1010 |
| City/State/Zip: | Newark, NJ  07102 |
| Telephone/Fax: | Tel: 267-519-6851 / Fax: 267-519-6801 |
| Email: | mmarrone@goldbergsegalla.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Judgment Recovery Partners LLC, Tyler Umans and James W. Olsen in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____         _____
                                    United States District / Magistrate Judge