UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ANDREY ALISHAYEV,

                            Case No.: 1:25-cv-02075-MMG

               **Plaintiff,**

   -against-

JUDGMENT RECOVERY PARTNERS LLC,
TYLER UMANS,
JAMES W. OLSEN, and
RIVER HEIGHTS CAPITAL, LLC,

               **Defendants.**

-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    Pursuant to DE 11, the March 30, 20, 2025 Notice of Initial Counsel, the undersigned hereby certifies that:

On May 8, 2025, I served a copy of the March 20, 2025 order titled "MEDIATION REFERRAL ORDER" [DE#10] on all parties by and through their counsel via email at the addresses joliva@goldbergsegalla.com and ljquinn@messerstrickler.com.

On May 27, 2025, I served a copy of United States District Court Judge Margaret M. Garnett's Individual Practice Rules and the March 20, 2025 order titled "NOTICE OF INITIAL PRETRIAL CONFERENCE" [DE#11] on all parties by and through their counsel via email at the addresses joliva@goldbergsegalla.com and ljquinn@messerstrickler.com.

Date: May 27, 2025
      Brooklyn, NY

/s/
Ahmad Keshavarz
Plaintiff's Attorney

                            Respectfully submitted,

                              */s/ Ahmad Keshavarz*

                          Ahmad Keshavarz
                          The Law Office of Ahmad Keshavarz
                          16 Court St., 26th Floor
                          Brooklyn, NY 11241-1026
                          Phone: (718) 522-7900
                          Fax:    (877) 496-7809

Email: ahmad@NewYorkConsumerAttorney.com

cc: All counsel of record via ECF