

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Matthew Steven Marrone, Esq.*

**DATE OF ADMISSION**

*December 17, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 18, 2025

*Steven Rothermel*

Steven Rothermel, Esq.
Deputy Prothonotary