UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREY ALISHAYEV,<br><br>                       Plaintiff(s),<br><br>  -against-<br><br>JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, JAMES W. OLSEN And RIVER HEIGHTS CAPITAL, LLC,<br><br>                       Defendants. | Case No. 1:25-CV-2075<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Matthew S. Marrone, Esquire, of Goldberg Segalla LLP, hereby appears as counsel of record for Defendant, JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, and JAMES W. OLSEN Inc., in the above-captioned matter.

                                                Respectfully Submitted,

                                                **GOLDBERG SEGALLA LLP**

Date: July 24, 2025            By:   */s/ Matthew S. Marrone*
                                                    Matthew S, Marrone, Esq.
                                                    Attorney for Defendant
                                                    1700 Market Street, Suite 3232
                                                    Philadelphia, PA 19103
                                                    267.519.6851
                                                    mmarrone@goldbergsegalla.com

                                                    *Admitted Pro Hac Vice*

Dated: July 24, 2025

8694552.1

TO: **THE LAW OFFICE OF AHMAD KESHAVARZ**
Ahmad Keshavarz, Esq.
*Attorneys for Plaintiff*
ANDREY ALISHAYEV
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900 / Fax: (877) 496-7809
ahmad@NewYorkConsumerAttorney.com

**MESSER STRICKLER BURNETTE, LTD.**
Lori J. Quinn, Esq.
*Attorneys for Defendant*
RIVER HEIGHTS CAPITAL, LLC
49 W. Jericho Tpke, #1004
Huntington, New York 11746
(646) 779-8653
Fax: (312-334-3473
Ljquinn2messerstrickler.com

8694552.1

## **CERTIFICATE OF SERVICE**

I, Matthew S. Marrone, do hereby certify that on **July 24, 2025,** a copy of the foregoing Notice of Appearance for Matthew S. Marrone was filed electronically and served in accordance with the applicable rules of Civil Procedure and of the Court upon the following:

| | |
|---|---|
| The Law Office of Ahmad Keshavarz<br>Ahmad Keshavarz, Esq.<br>*Attorneys for Plaintiff*<br>ANDREY ALISHAYEV<br>16 Court St., 26th Floor<br>Brooklyn, NY 11241-1026<br>Phone: (718) 522-7900 / Fax: (877) 496-7809<br>ahmad@NewYorkConsumerAttorney.com | MESSER STRICKLER BURNETTE, LTD.<br>Lori J. Quinn, Esq.<br>*Attorneys for Defendant*<br>RIVER HEIGHTS CAPITAL, LLC<br>49 W. Jericho Tpke, #1004<br>Huntington, New York 11746<br>Phone: (646) 779-8653 / Fax: (312-334-3473<br>Ljquinn2messerstrickler.com |

**GOLDBERG SEGALLA LLP**

Date: July 24, 2025         By:   */s/ Matthew S. Marrone*
                                                  Matthew S. Marrone, Esq.
                                                  Attorney for Defendant
                                                  1700 Market Street, Suite 3232
                                                  Philadelphia, PA 19103
                                                  267.519.6851
                                                  mmarrone@goldbergsegalla.com

                                                  *Admitted Pro Hac Vice*

8694552.1