

Matthew S. Marrone | Partner
Direct 267.519.6851 | mmarrone@goldbergsegalla.com

July 25, 2025

*Via E-Filing*

Margaret M. Garnett, United States District Judge
Thurgood Marshall United States Courthouse
Courtroom 906
40 Foley Square
New York, NY 10007

      **Re:** *Alishayev v. Judgment Recovery Partners LLC, et al*
           **Case No. 1:25-cv-02075-MMG**
           **GS File No.: 7854.0142**

Dear Judge Garnett:

    We represent Defendants, Judgment Recovery Partners LLC, Tyler Umans and James W. Olsen in connection with the above matter. On July 23, 2025, the initial pre-trial conference was rescheduled to August 13, 2025. Please be advised I have a pre-paid vacation scheduled that week and will be unavailable to appear. I reached out to counsel and they consented to an adjournment of the hearing. All counsel are available on either August 20 or 28.

    We respectfully request that the initial pre-trial conference be rescheduled to either of these dates.

    Thank you for your courtesies and consideration in this matter.

                                    Respectfully,

                                    Matthew S. Marrone

cc:    Ahmad Keshavarz, Esq.
        Lori J. Quinn, Esq.

**Please send mail to our scanning center at: PO Box 360, Buffalo NY 14201**

**OFFICE LOCATION** 1700 Market Street, Suite 3232, Philadelphia, PA 19103-3907 | **PHONE** 267-519-6800 | **FAX** 267-519-6801 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
IMANAGE\7854\0142\52411257.v3-7/25/25