

Matthew S. Marrone | Partner
Direct 267.519.6851 | mmarrone@goldbergsegalla.com

> GRANTED.  The Initial Pretrial Conference previously scheduled for August 13, 2025, is adjourned to **Thursday, August 28, 2025, at 11 a.m.**  The parties shall file their joint letter and proposed Case Management Plan as required by the Court's Individual Rules by **August 21, 2025.**
>
> SO ORDERED.  Dated July 29, 2025.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

July 25, 2025

**Via E-Filing**

Margaret M. Garnett, United States District Judge
Thurgood Marshall United States Courthouse
Courtroom 906
40 Foley Square
New York, NY 10007

Re:   *Alishayev v. Judgment Recovery Partners LLC, et al*
       Case No. 1:25-cv-02075-MMG
       GS File No.: 7854.0142

Dear Judge Garnett:

We represent Defendants, Judgment Recovery Partners LLC, Tyler Umans and James W. Olsen in connection with the above matter.  On July 23, 2025, the initial pre-trial conference was rescheduled to August 13, 2025.  Please be advised I have a pre-paid vacation scheduled that week and will be unavailable to appear.  I reached out to counsel and they consented to an adjournment of the hearing.  All counsel are available on either August 20 or 28.

We respectfully request that the initial pre-trial conference be rescheduled to either of these dates.

Thank you for your courtesies and consideration in this matter.

Respectfully,

Matthew S. Marrone

cc:   Ahmad Keshavarz, Esq.
      Lori J. Quinn, Esq.

Please send mail to our scanning center at: PO Box 360, Buffalo NY 14201

OFFICE LOCATION 1700 Market Street, Suite 3232, Philadelphia, PA 19103-3907 | PHONE 267-519-6800 | FAX 267-519-6851 | www.goldbergsegalla.com
CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
IMANAGE\7854\0142\52411257.v3-7/25/25