

# MESSER STRICKLER BURNETTE, LTD.

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

www.messerstrickler.com

**Lori J. Quinn, Partner**
49 W. Jericho Turnpike, #1004
Huntington, NY 11746
(646) 779-8653 (phone)
(312) 334-3473 (facsimile)
ljquinn@messerstrickler.com

August 19, 2025

**VIA E-Filing**
Honorable Margaret M. Garnett
United States District Judge
Thurgood Marshall United States Courthouse
Courtroom 906
40 Foley Square
New York, NY 10007

      **Re: Alishayev v Judgement Recovery Partners LLC,** *et al*
      Case No. 1:25-cv-02075-MMG

Dear Judge Garnett:

    We represent Defendant, River Heights Capital, LLC in the above-referenced matter. With consent of all Parties, we respectfully request that the August 28, 2025 Initial Pretrial Conference currently scheduled for August 28, 2025 be adjourned.

    The mediation originally scheduled for July 29, 2025 did not proceed as planned and has been rescheduled by mutual agreement of the Parties to September 16, 2025. Accordingly, we respectfully request that the initial pre-trial conference be rescheduled to a date following the September 16, 2025 mediation.

                    Respectfully,

                    MESSER STRICKLER BURNETTE, LTD.

                    *Lori J. Quinn*

                  Lori J. Quinn

cc:   Via ECF
      All Counsel of Record