

Matthew S. Marrone | Partner
Direct 267.519.6851 | mmarrone@goldbergsegalla.com

October 10, 2025

<u>VIA ECF</u>
Hon. Margaret M. Garnett, U.S.D.J.
United States District Court, S.D.N.Y.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 906
New York, NY 10007

> Re:    **Alishayev v. Judgment Recovery Partners LLC et al**
>        **Case No.: 1:25-cv-2075-MMG**
>        <u>**Our File No. 7854.0142**</u>

Dear Judge Garnett:

We represent Defendants Judgment Recovery Partners, LLC, Tyler Umans, and James W. Olsen in this action.  Counsel were before the Court on September 30, 2025 for the initial scheduling conference, at which time we discussed with the Court the potential for further settlement discussions.  Specifically, we discussed either: a) referral of this case to U.S. Magistrate Judge Robert Lehrburger; or b) private mediation.  Your Honor expressed an inclination to refer the case to Judge Lehrburger, unless the parties all agreed to private mediation, and requested that the parties file a joint letter with the Court by October 10, 2025 informing the Court of their respective positions.

Counsel for the Plaintiff would prefer private mediation.  At this time, we have not been authorized to agree to private mediation.  If this changes, we will advise the Court.  We welcome any questions or concerns the Court may have.

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

Matthew S. Marrone

**Please send mail to our scanning center at:**

**OFFICE LOCATION** 711 3rd Avenue, Suite 1900, New York, NY 10017-4013 | **PHONE** 646-292-8700 | **FAX** 267-519-6801 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA