UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREY ALISHAYEV

                Plaintiff,

    -against-

JUDGMENT RECOVERY PARTNERS LLC, et al.,   Defendants.

25-CV-02075 (MMG)

**ORDER OF REFERRAL**

MARGARET M. GARNETT, United States District Judge:

This action is referred to Magistrate Judge Lehrburger for the following purpose(s):

- ☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- ☐ Specific Non-Dispositive Motion/Dispute: _____
- ☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____
- ☑ Settlement
- ☐ Inquest After Default/Damages Hearing

- ☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)
- ☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____
- ☐ Habeas Corpus
- ☐ Social Security
- ☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____
- All such motions: _____

Dated: October 14, 2025
New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge