# JUDGMENT RECOVERY PARTNERS

📞 (833) 220 - 8802    HOME    WHAT    HOW    CONTACT

Contact Us

## Collecting Judgments Across
# New York State

Submit Your Judgment for Collection

## No risk and no fee. If we don't collect, we don't get paid.

| | |
|---|---|
| **NO** Out of Pocket Cost | **NO** Assignment of Judgment |
| **NO** Retainers | **NO** Surprises |

NMLS ID: 2383450

Contact Us

# What is the process?



You send us the judgment information.



We enforce the judgment.



We send you a check.

## How do we collect the judgment?

By using in depth skip tracing tools, asset locating techniques and legal procedures we:



Find their bank account, freeze it and remove the funds



Find their employer, garnish their wages



Find their property, seize and auction it

We use the services of country sheriffs, marshals (enforcement officers).



82 Nassau St #9002
New York, NY 10038



Call Us
(833) 220 - 8802



Send Fax
(646) 496 - 9160



Email Us
info@judgmentrecoverypartners

Contact Us

## Contact Us

**Name**

| Full Name |

**Email**

| Enter Email |

**Phone**

| Phone Number |

**Message**

| Questions, notes, judgment/debtor information... |

✈ Send Message

A representative will get in touch with you within 24 hours.

© 2025 Judgment Recovery Partners. All rights reserved.   Terms and Conditions   Privacy & Security Policy   Disclaimer

A translation and description of commonly-used debt collection terms is available in multiple languages on the Department's website, www.nyc.gov/dca .

Contact Us