About Us

# RIVER HEIGHTS CAPITAL LLC



# Our Story

River Heights Capital LLC is an RMAi-Certified Debt Buyer that specializes solely in the purchase of judgments. We purchase portfolios at the state, regional, and national levels and are well positioned to accommodate purchases of all sizes.



# Our Edge

By centering our focus on judgments, we are able to leverage judgment-specific KPI data that us to identify previously restricted liquidation opportunities. The combination of our data-driven

About Us

approach and proven network of service providers has allowed us to consistently exceed performance expectations



## Our Approach

River Heights integrates its innovative data approach with various legal strategies in order to liquidate inventory. By emphasizing technology and data security, we have been able to develop a cost-effective and fully compliant system that achieves optimal liquidation.

About Us

Copyright © 2023 Riverheightscapital - All Rights Reserved.

———————

