QUEENS COUNTY CIVIL COURT
STATE OF NEW YORK, COUNTY OF QUEENS

HARVEST CREDIT MANAGEMENT VII, LLC AS SUCCESSOR IN NTEREST TO SUCCESSOR IN
INTEREST TO HSBC/GM                                    )
                                                       )        **Docket # 13274/11**
                        Plaintiff                      )
                                                       )        **ASSIGNMENT OF JUDGMENT**
                        v.                             )
                                                       )
ANDREW ALISHAYEV                                        )
                                                       )
                        Defendant(s)                   )

This Assignment is made effective as of 7/24/2019, between **DISTRESSED ASSET PORTFOLIO III, LLC,** 10625 Techwood Circle, Cincinnati, OH, 45242, (**"DAP III"**) and **UNIFUND CCR, LLC,** 10625 Techwood Circle, Cincinnati, OH, 45242 (**"UNIFUND"**), under the following terms and conditions:

**WHEREAS,** on 6/13/2011, a judgment was recovered in the QUEENS COUNTY CIVIL COURT, STATE OF NEW YORK, COUNTY OF QUEENS in favor of **HARVEST CREDIT MANAGEMENT VII, LLC AS SUCCESSOR IN NTEREST TO SUCCESSOR IN INTEREST TO HSBC/GM, "HARVEST",** and against **Defendant(s), ANDREW ALISHAYEV,** in the total sum of \$6,753.72, and said judgment was duly entered in said court.

**WHEREAS,** effective June 7, 2019, said judgment was sold and assigned by **HARVEST** to **DAP III.**

**WHEREAS,** effective 7/24/2019, said judgment was assigned by **DAP III** to **UNIFUND.**

**NOW THIS ASSIGNMENT WITNESSETH,** that **DAP III,** for good and valuable consideration duly paid and by these presents does assign, transfer, and set over unto **UNIFUND,** its executors, administrators, and its assigns, this judgment and all rights in said judgment, for collection purposes only, and on any proceedings to be had thereupon, along with all right to appoint its own counsel to perform all duties necessary to recover or discharge said judgment.

**IN WITNESS THEREOF, DAP III,** has hereunto set its hand and seal effective on the day and year of the assignment first above written.

_Joshua Green_
Joshua Green

Authorized Representative of DISTRESSED ASSET PORTFOLIO III, LLC

Subscribed and sworn to before me this ___3___ day of ___SEPT___, 2020.

_Notary_
Notary Public

AUTUMN BLOOM
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires

**RECEIVED**
Civil Court
January 13, 2021
Queens County

Original Account No.: xxxxxxxxxxxx4627
DAP III | LLC File No.:52213339

HA07757



**TRANSFER AND ASSIGNMENT**

The undersigned Harvest Credit Management VII, LLC hereby absolutely transfers, assigns, sets over, quitclaims and conveys to Distressed Asset Portfolio III, LLC, an Ohio company, without recourse and without representations or warranties of any type, kind, character or nature, express or implied, all of assignor's right, title and interest in and to each of the judgment accounts identified in the Schedule of Judgment Accounts attached hereto as Exhibit A, together with the right to collect all principal, interest or other proceeds of any kind with respect to the judgment accounts remaining due and owing as of the date hereof (including but not limited to proceeds derived from the conversion, voluntary or involuntary, of any of the judgment accounts into cash or other liquidated property, including, without limitation, insurance proceeds and condemnation awards), from and after the date of this Transfer and Assignment.

DATED: June 7, 2019

Harvest Credit Management VII, LLC

By:

Name:  David Ravin

Title:  Manager

**RECEIVED**

Civil Court
January 13, 2021
Queens County

1776 Lincoln Street | Suite 900 | Denver CO 80203      HA07757

CERTIFICATE OF CONFORMITY

The undersigned does hereby certify that she is an attorney-at-law duly admitted to practice in the State of Ohio and fully acquainted with the laws of the State of Ohio, and that she/he is a person duly qualified to make this certificate of conformity pursuant to the laws of the State of Ohio; that the foregoing acknowledgment by Josh Green named in the foregoing instrument taken before Autumn Bloom, a notary public in the State of Ohio, was taken in the manner prescribed by the laws of the State of Ohio being the state in which it was taken, and that it duly conforms to the laws thereof and is in all respects valid and effective in such state.

In witness whereof, I have hereunto set my signature on ___9/3/2020___.

John Gresk
Attorney at Law


**RECEIVED**
Civil Court
January 13, 2021
Queens County

HA07757