Queens County Civil Court
Civil Judgment

Plaintiff(s):
HARVEST CREDIT MANAGEMENT VII,LLC As Successor in Interest to HSBC/GM

vs.

Defendant(s):
ANDREW ALISHAYEVA

Index Number: CV-013274-11/QU

Judgment issued: On Default

On Motion of:

Goldman & Warshaw
10 Oakland Avenue, Sutie 2-4, Warwick, NY 10996-

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $6,263.09 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Consumer Credit Fee | $95.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $40.00 |
| Interest   12/22/2010 at 9% | $265.63 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $20.00 | Jury Demand Fee | $0.00 | | |
| **Total Damages** | **$6,528.72** | **Total Costs & Disbursements** | **$225.00** | **Judgment Total** | **$6,753.72** |

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) HARVEST CREDIT MANAGEMENT VII,LLC As Successor in Interest to HSBC/GM
1580 LINCOLN ST, Denver, CO 80203-

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) ANDREW ALISHAYEVA
9837 65TH AVE, APT 4A, Rego Park, NY 11374-3432

Judgment entered at the Queens County Civil Court, 89-17 Sutphin Boulevard, Jamaica, NY 11435, in the STATE OF NEW YORK in the total amount of **$6,753.72 on 06/13/2011 at 03:37 PM.**

Judgment sequence 1

Carol Alt, Chief Clerk Civil Court

Queens County Civil Court
Civil Judgment

**Plaintiff(s):**
HARVEST CREDIT MANAGEMENT VII,LLC As Successor in Interest to HSBC/GM

vs.

**Defendant(s):**
ANDREW ALISHAYEVA

**Index Number:** CV-013274-11/QU

Judgment issued:   On Default

On Motion of:

Goldman & Warshaw
10 Oakland Avenue, Sutie 2-4, Warwick, NY 10996-

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $6,263.09 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Consumer Credit Fee | $95.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $40.00 |
| Interest   12/22/2010 at 9% | $265.63 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $20.00 | Jury Demand Fee | $0.00 | | |
| **Total Damages** | **$6,528.72** | **Total Costs & Disbursements** | **$225.00** | **Judgment Total** | **$6,753.72** |

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) HARVEST CREDIT MANAGEMENT VII,LLC As Successor in Interest to  HSBC/GM
1580 LINCOLN ST, Denver, CO 80203-

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) ANDREW ALISHAYEVA
9837 65TH AVE, APT 4A, Rego Park, NY 11374-3432

Judgment entered at the Queens County Civil Court, 89-17 Sutphin Boulevard, Jamaica, NY 11435, in the STATE OF NEW YORK in the total amount of **$6,753.72 on 06/13/2011 at 03:37 PM.**

*Carol Alt*
CHIEF CLERK

Judgment sequence 1

Carol Alt, Chief Clerk Civil Court

Page 1 of 1

Civil Court of the City of New York  
County of QUEENS  
----------------------------------------------------------------X  
HARVEST CREDIT MANAGEMENT VII, LLC as successor in interest to HSBC/GM  

                                    Plaintiff(s)  
             -against-  

ANDREW ALISHAYEVA  

                                  Defendant(s)  
----------------------------------------------------------------X  
State of New York, County of Orange:ss.

Index Number 13274/11

**APPLICATION FOR JUDGMENT**

| | |
|---|---|
| Original Amount Claimed in Summons | $6,263.09 |
| Less Payments | $.00 |
| Subtotal | $6,263.09 |
| Interest @ 9% from December 22, 2010 | $239.37 |
| (all interest above 9% is hereby waived) | |
| Attorney Fees Waived | |
| Cause of Action for Account Stated Waived | |
| Current Amount Claimed | $6,502.46 |
| _Costs and Disbursements_ | |
| Fee for Entering Judgment | $ $.00 |
| Costs, by Statute | $ 20.00 |
| Service of Summons & Complaint | $ 25.00 |
| Filing of Summons & Complaint | $ $140.00 |
| Prospective Marshal's Fee | $ 40.00 |
| GRAND TOTAL | $6,727.46 |

FILED JUDG. CLERK JUN 0 3 2011 CIVIL COURT QUEENS COUNTY

**Attorney Affirmation**  
The undersigned, an Attorney at Law of the State of New York and (one of) the attorney(s) of record  
    for <u>HARVEST CREDIT MANAGEMENT VII, LLC as successor in interest to HSBC/GM</u> (one of) the <u>Plaintiff</u>(s)  
    in the above entitled action, affirms that the disbursements specified have been or will be made or incurred.

My client is entitled to a Judgment based upon:

        ☒ Default, due to the fact that the Defendant(s) did not file an answer within the time permitted by law.  
        ☐ Inquest Court    ☐ Inquest Clerk    ☐ Judge's Order    ☐ Arbitration    ☐ Trial  
        ☐ Failure to Comply with Stipulation

I affirm that I have complied with the provisions of CPLR § 3215(g)  
    ☐ as per annexed Affidavit or Affirmation  
    ☒ by personally enclosing a copy of the Summons and Complaint in a First Class mail post-paid sealed envelope properly addressed to each Defendant's   ☒ place of residence/last known corporate address:*^   ☐ place of employment;* ☐ last known residence:*

^ If Defendant is a corporation, by personally enclosing a copy of the Summons and Complaint, accompanied by a notice to the corporation that service has been made pursuant to BCL § 306, in a First Class mail post-paid envelope properly addressed to the defendant corporation at its last known corporate address:*

* at <u>9837 65TH AVE APT 1C, REGO PARK NY 11374-3432</u> on <u>April 4, 2011</u>,  
and depositing the envelope in an official depository under the exclusive care and custody of the United States Postal Service. The envelope bore the legend "Personal and Confidential" and there was no indication on the outside of the envelope that the communication was from an attorney or that it concerned an alleged debt, and it has not been returned by the Postal Service.

I further affirm, under the penalties of perjury, that the above statements herein are true.

Dated: May 26, 2011                 Affirmed: _[signature]_        Jeffrey M. Parrella, Esq.

**JUDGMENT**

Now, on Motion of <u>GOLDMAN, WARSHAW & PARRELLA</u> (Goldman & Warshaw, P.C.), 10 Oakland Ave - Suite 2-4 PO Box 597 Warwick, NY 10990 the attorney for <u>HARVEST CREDIT MANAGEMENT VII, LLC as successor in interest to HSBC/GM</u>, it its adjudged that the following Judgment Creditor(s), residing at the address(es) indicated below, recover of the following Judgment Debtor(s) at the address(es) indicated:

| Judgment Creditor | Judgment Creditor's Address | Judgment Debtor | Judgment Debtor's Address |
|---|---|---|---|
| HARVEST CREDIT MANAGEMENT VII, LLC as successor in interest to HSBC/GM | 1580 Lincoln St, Denver, CO 80203 | ANDREW ALISHAYEVA | 9837 65TH AVE APT 1C, REGO PARK NY 11374-3432 |

the sum of $6,727.46 as calculated above, and that the Judgment Creditor(s) have execution therefor.

**ENTRY OF JUDGMENT**

      In accordance with CPLR § 3215(a), if this Judgment is entered against less than all Defendants, this action is ordered severed as to any remaining Defendant(s).

Date:_____ Chief Clerk:_____ By:_____.  
H0117123

*H0117123*  
*NYDC*

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------X
HARVEST CREDIT MANAGEMENT VII, LLC as
successor in interest to HSBC/GM

          *Plaintiff(s)*

-against-

ANDREW ALISHAYEVA

          *Defendant(s)*
-----------------------------------------------------------------X

Index No. 13274/11

AFFIRMATION OF NON-MILITARY SERVICE

  I, Jeffrey M. Parrella an attorney duly licensed to practice law in the State of New York, hereby affirms the following to be true pursuant to CPLR § 2106 and under the penalties of perjury states that:

1. I am an attorney for the Plaintiff, and I have personal knowledge of the facts and circumstances stated herein.

2. I make this affirmation in additional support of Plaintiff's request for the entry of a default judgment against the Defendant and is made pursuant to the United States Soldiers and Sailor's Relief Act of 1940, as amended, 50 U.S.C.A. Ap. Secs. 501 et seq. for the purpose of the entry of a judgment against ANDREW ALISHAYEVA, defendant in the above entitled action.

3. I provided Department of Defense, Defense Manpower Data Center, with the pertinent information about the defendant, in particular the date of birth and/or social security number, which I know because they were provided to me by the Plaintiff. I requested that a military investigation be conducted.

4. Based upon the response I received from the Department of Defense, Defense Manpower Data Center, dated May 26, 2011, I am convinced that the defendant is not in any branch of the United States Military.

Dated: May 26, 2011
New York, New York

                    _____
                    Jeffrey M. Parrella, Esq.

jrk
lmilc

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------X
HARVEST CREDIT MANAGEMENT VII, LLC as
successor in interest to HSBC/GM

                              *Plaintiff(s)*

                -against-

ANDREW ALISHAYEVA

                            *Defendant(s)*
-----------------------------------------------X

Index No. 13274/11

**AFFIDAVIT OF FACTS**

Plaintiff's address:
1580 Lincoln St Denver, CO 80203

       **David Ravin**_____, being duly sworn, deposes and says:
         *(Individual's Name)*

    1. I am the *(Title/Position)* **Vice President** of plaintiff in the above-referenced matter, I have personal knowledge of the above referenced matter and I am authorized to make this affidavit in support of an application for judgment.

    2. *** Per Civil Court Directive DRP- 180 pertaining to CPLR 3015(e), Plaintiff (circle one) is / is not required to be licensed with the Department of Consumer Affairs of the City of New York.

(Check one)   X   Plaintiff's DCA license number is listed in the first paragraph of the Complaint.
                ___ Plaintiff is not required to be licensed by the DCA as it is the original creditor in this matter.

    3. The claim is based on *(check one)*:
       ___ **Services rendered,**
       ___ **Goods sold and delivered,**
       ✓ **Credit card purchases made by the defendant pursuant to a credit card agreement,**
       ___ **Default of motor vehicle lease agreement,**
       ___ **Default of motor vehicle loan agreement,**
and said amount is fair and reasonable and is as per agreement. Defendant promised to pay the agreed upon amount, of which there is a remaining balance of $6,263.09, exclusive of interest, costs and disbursements.

    4. On or about 04 / 27 / 2009 this debt was duly assigned by HSBC Card Services (III) Inc to Harvest Credit Management VII, LLC who has proper standing to initiate this suit. Credit has been duly given for all payments, counterclaims, and set-offs and there now remains due and owing from said defendant to plaintiff the sum of $6,263.09, exclusive of interest, costs and disbursements.

    5. An accounting was mailed to the defendant on or about 03 / 31 / 2009.

    6. The said accounting was retained by the defendant and no objection has been made.

    7. This cause of action arose in the State of Nevada and the statute of limitations for Consumer credit transactions in that state is 10 years. After reasonable inquiry, I have reason to believe that the statute of limitations has not expired in this matter.

                                                      _____
                                                       *Signature*

Sworn to before me on
7 day of March 2011.
_____
NOTARY PUBLIC

[Notary Seal: AUBREY THORBURN, NOTARY PUBLIC, STATE OF COLORADO]
My Commission Expires June 18, 2013

File #: H0117123

CERTIFICATE OF CONFORMITY

State of COLORADO

County of DENVER

I, Jacques Machol an attorney-at-law of the State of Colorado who resides in the State of Colorado and is fully acquainted with the laws of the State of Colorado pertaining to the acknowledgment or proof of deeds of real property to be recorded therein, do hereby certify that I am duly qualified to make this certificate of conformity pursuant to Section 299-a of the Real Property Law of the State of New York and hereby certify that the acknowledgment or proof upon the foregoing document by David Ravin was taken by Aubrey Thorburn, a notary public in the State of Colorado in the manner prescribed by the laws of the State of Colorado and conforms to the laws thereof in all respects.

IN WITNESS WHEREOF, I have hereunto set my signature, this 7th day of March, 2011.

_Jacques Machol_, Esq.
Attorney at Law, State of Colorado

MAR 2 2 2011