```
Docket#: R 000102246        CASE INFORMATION     PROPERTY
                                                 Index#: CV-013274-11/QU
   Status: SATISFIED              - SAT    Date:  5/01/24  Exp:
 Creditor: HARVEST CREDIT MANAGEMENT VII,  Creditor Cd:
          LLC...INTEREST TO HSBC/GM              File #: 52213339
 Attorney: JUDGMENT RECOVERY PARTNERS   - JEFF   Date Issued:     31124
   Debtor: ALISHAYEV, ANDREW                     Date Received:   31224
                                                 Judgment Date:   61311
                                                 Transcript Date: 61311
A/k/a-D/b/a:                              Original Jmt$:    6753.72
                                          Interest Rate:   200 %
                                          Jmt. Due and Unpaid:   6753.72
 Soc.Sec.#: ███████████           From:  6/13/11  Interest:       1739.52
                                          Statutory Fees:          75.00
  Court(1): CIVIL      County(1): QUEENS   Expenses:                1.22
  Court(2):            County(2): QUEENS   Poundage:              428.44
                                                                 8997.90
 Bank Only: Y          Direct Pay: B      Payments:              8997.90-
  Mail Out:                               Credits:
                                          *Total Due:                .00
SC Exec.Received:
Collect With: Dkt#1:              Dkt#2:              Dkt#3:

ENTER:Prcd    F4:Payments    F5:First    F6:Fee/Exp    F7:Cancel    F10:Notes    F12:Summary
```

```
Docket#:  R 0001022167            CASE INFORMATION  PAYMENTS     PROPERTY
  Index#:  CV-013274-11/QU
  Status:  SATISFIED                         - SAT   Date: 5/01/24   Exp:
 Creditor: HARVEST CREDIT MANAGEMENT VII, -
           LLC...INTEREST TO HSBC/GM                 File #: 52213339
 Attorney: JUDGMENT RECOVERY PARTNERS       - JEFF
   Debtor: ALISHAYEV, ANDREW                        *Total Due:        .00
Attention:
<--------------- R E C E I P T S ----------------> <--D I S B U R S E M E N T-->
Ln#   Date   Rcv Frm Type   Amount      Trust Hld   Date      Check#    Amount
 1  5/01/24  US    D  BCK   8997.90    8493.24     5/02/24    340632   8493.24
```

F1:Page Up    F2:Page Down    F3:Previous    F5:First    F7:Cancel    F10:Notes

```
Docket#: R 008102246           CASE INFORMATION NOTES           PROPERTY
     Status: SATISFIED                    - SAT    Date:  5/01/24
   Creditor: HARVEST CREDIT MANAGEMENT VII,        Exp:
             LLC...INTEREST TO HSBC/GM             File #: 52213339
   Attorney: JUDGMENT RECOVERY PARTNERS    - JEFF
     Debtor: ALISHAYEV, ANDREW                    *Total Due:        .00
Special Remark:
Seq#   Date    Text.............................................. D Aty User
  1  3/12/24  NEW CASE RECEIVED                                          RMBIONDA
  2  3/12/24  INTEREST RATE1 OF    2.00% FROM   6/13/11                  RMBIONDA
  3  3/12/24  BANK ATTACHMENT PREPARED            $8,997.90              RMANGIE
  4  3/12/24  NO ISRN ON FILE                                            RMJOSE
  5  3/12/24  BANK ATTACHMENT HAS BEEN SERVD                             RMRON
  6  3/12/24  BANK ATTACHMENT HAS BEEN SERVD                             RMRON
  7  3/12/24  ON:   3/13/24         JP MORGAN CHASE BANK       #1        RMRON
  8  3/13/24  NOTICE TO DEBTOR/INDIVID. BANK                   #1        RMADMIN2
  9  3/28/24  BANK DEMAND LETTER HAS BEEN SENT                 #1        COMPUTER
 10  4/02/24  DFT CALLED IN- ADV FUNDS ARE SSI.. ALSO GAVE ATTY#         RMKRISA
=====area==cd= Phone#: ............. ext ..... / ............. ext   Y =========
Next   /   / _____          <-Notify
Delete (D)   Seq#                                                            Aty?

ENTER:Add   F1:More   F2:Page Down   F3:Back   F4:Payments   F5:First   F7:Cancel
```

```
       Status: SATISFIED                      - SAT    Date:  5/01/24
     Creditor: HARVEST CREDIT MANAGEMENT VII,         Exp:
               LLC...INTEREST TO HSBC/GM              File #: 52213339
     Attorney: JUDGMENT RECOVERY PARTNERS     - JEFF
       Debtor: ALISHAYEV, ANDREW                       *Total Due:        .00
Special Remark:
 Seq#   Date    Text.............................................. D Aty User
   11  4/02/24  PER CHASE FULL AMT                                        RMRON
   12  4/03/24  PER STEPHANIE/JPMC..PAYOUT $8997.90 SCHEDULED 4/23  Y     RMMH
   13  4/03/24  PER CNSMR..WILL FAX COPY ECF SSDI W/ SUPPORTING           RMMH
   14  4/03/24  DOCS AS DIRECTED TO ATTY/BANK AND WILL FAX US COPY        RMMH
   15  4/08/24  CF DFT ADV WE RECEIVED PAPERWORK (ITS ON MARIE            RMJENN
   16  4/08/24  DESK) ADV HIM TO SEND TO ATY + BANK                       RMJENN
   17  4/08/24  REC'D ECF W/ SOC SEC AWARD LTTR/BANK STATEMENTS           RMMH
   18  4/08/24  EMAILED DOCS TO TYLER/ATY                                 RMMH
   19  4/12/24  DEF CALLED IN WANTS TO KNOW IF ACT WAS RELEASE            RMSHANA
   20  4/12/24  REFERRED HIM TO ATY OFFICE                                RMSHANA
=====area==cd= Phone#:................ ext...../................. ext.... Y =========
Next       /     /_____ <-Notify
Delete (D)    Seq#.....                                                       Aty?

ENTER:Add   F1:More   F2:Page Down   F3:Back   F4:Payments   F5:First   F7:Cancel
```

```
         Status: SATISFIED                       - SAT    Date:  5/01/24
       Creditor: HARVEST CREDIT MANAGEMENT VII,           Exp:
                 LLC...INTEREST TO HSBC/GM             File #: 52213339
       Attorney: JUDGMENT RECOVERY PARTNERS       - JEFF
         Debtor: ALISHAYEV, ANDREW                        *Total Due:        .00
Special Remark:
 Seq#   Date    Text.................................:.....................  D Aty User
   21  4/16/24  C/F DEFT INQUIRING WHEN ACCNT WLD BE RELEASED..REF               RMEBONY
   22  4/16/24  TO ATTNY                                                         RMEBONY
   23  4/30/24  .                                                                RMVILMAR
   24  4/30/24  .                                                                RMVILMAR
   25  4/30/24  CALLED CHASE BANK S/W ANDREA SHE ADV ME                          RMVILMAR
   26  4/30/24  $8,997.90 WAS MAILED OUT TO US ON 4/23/24                        RMVILMAR
   27  4/30/24  Property Ex. 60 day extension has been requested.                COMPUTER
   28  5/01/24  REC'D LEVY $$..FWDD EMAIL 4/8/24 TO TYLER/ATY FOR                 RMMH
   29  5/01/24  DIRECTIONS AS TO WHETHER WE SHLD KEEP $$ OR RETURN                RMMH
   30  5/01/24  CORRECTED CNSMR ADDRSS AS PER ECF AND SUPPORT DOCS                RMMH
=====area==cd= Phone#: ...............ext ...... / .................ext ....Y =========
 Next  .... / .... / _____        <-Notify
 Delete (D) ... Seq# .....                                                              Aty?

ENTER:Add   F1:More   F2:Page Down   F3:Back   F4:Payments   F5:First   F7:Cancel
```

```
Docket#: R 0001022246        CASE INFORMATION NOTES        PROPERTY
    Status: SATISFIED                    - SAT    Date:  5/01/24
  Creditor: HARVEST CREDIT MANAGEMENT VII,         Exp:
            LLC...INTEREST TO HSBC/GM              File #: 52213339
  Attorney: JUDGMENT RECOVERY PARTNERS    - JEFF
    Debtor: ALISHAYEV, ANDREW                     *Total Due:        .00
Special Remark: ...........................................................
Seq#   Date    Text......................................:.......D Aty User
 31  5/01/24 *** ADDRESS #1 CHANGED FROM :                            RMMH
 32  5/01/24               2513 TILDEN AVE                            RMMH
 33  5/01/24               #307                                       RMMH
 34  5/01/24               BROOKLYN           NY 11226                RMMH
 35  5/01/24 SATISFIED                                                RMSHANTI
 36  5/01/24 PER TYLER/ATY..REQUEST WE REMIT FUNDS TO THEIR OFC       RMMH
 37  5/01/24 FWDD EMAIL TO MGMNT                                      RMMH
 38  5/01/24 RELEASE TO BANK (ON REQUEST)                             RMMH
 39  5/01/24 FAXED TO JPMC @ 5.49P                                    RMMH
 40  5/02/24 RETURN OF EXECUTION CERTIFICATE HAS BEEN PRINTED         COMPUTER
=====area==cd= Phone#: ............ ext ...../ ............ ext ..Y. =========
Next    /   /  _____         <-Notify
Delete (D)    Seq# .....                                                  Aty?

ENTER:Add   F1:More   F2:Page Down   F3:Back   F4:Payments   F5:First   F7:Cancel
```

```
    Status: SATISFIED                    - SAT    Date:  5/01/24
   Creditor: HARVEST CREDIT MANAGEMENT VII,       Exp:
            LLC...INTEREST TO HSBC/GM             File #: 52213339
   Attorney: JUDGMENT RECOVERY PARTNERS   - JEFF
     Debtor: ALISHAYEV, ANDREW                   *Total Due:         .00
Special Remark:
Seq#  Date    Text......................................................  D Aty  User
 41  5/29/24  RECD CALL FROM DEANNA NYC COURT HOUSE                               RMCR
 42  5/29/24  718-262-7100/ TOLD HER CASE PAID                                    RMCR
 43  5/29/24  CLAIM SHE HAS CASE SAT                                              RMCR
 44  6/03/24  RECIEVED OSC DATED 062024...TO ATY                                  RMRON


=====area==cd= Phone#:..............ext....../................ext....Y =========
Next      /     /_____
Delete (D)    Seq#.....                                                  <-Notify
                                                                             Aty?
ENTER:Add   F1:More   F2:Page Down   F3:Back   F4:Payments   F5:First   F7:Cancel
```