CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

---

HARVEST CREDIT MANAGEMENT VII,LLC AS SUCCESSOR IN INTEREST TO HSBC/GM

Index No: CV-013274-11/QU
Our File No: 52213339

Plaintiff,

Against

*EXECUTION WITH NOTICE TO GARNISHEE*

ANDREW ALISHAYEV

RECEIVED

Defendant(s).

SSN: ▓▓▓▓▓▓▓  MAR 1 2 2024

Office of City Marshal
Ronald Moses

---

**THE PEOPLE OF THE STATE OF NEW YORK TO THE SHERIFF OR MARSHAL OF THE CITY OF NEW YORK:**

**WHEREAS,** in *an action in the CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF QUEENS Between HARVEST CREDIT MANAGEMENT VII,LLC AS SUCCESSOR IN INTEREST TO HSBC/GM and ANDREW ALISHAYEV, as Defendant(s) who are all the parties named in said action, a judgment was entered on 6/13/2011 in favor of HARVEST CREDIT MANAGEMENT VII,LLC AS SUCCESSOR IN INTEREST TO HSBC/GM, judgment creditor(s) and against ANDREW ALISHAYEV, judgment debtor(s) whose last known address is 2513 TILDEN AVE # 307, BROOKLYN, NY, 11226, in the amount of $6,753.72 of which $6,753.72 together with interest at 2% thereon from 6/13/2011 remains due and owing.*

**WHEREAS,** a transcript of judgment was filed on 6/13/2011 with the Clerk of the COUNTY OF QUEENS, in which county the judgment was entered.

**NOW, THEREFORE, WE COMMAND YOU** *to satisfy judgment out of the real and personal property of the above named judgment debtor and the debts due to him; and that only the property in which said judgment debtor who is not deceased has an interest or the debts owed to him shall be levied upon or sold hereunder; AND TO RETURN this execution to the Clerk of the above captioned court within 60 days after issuance unless service of this execution is made within that time or within extensions of that time made in writing by the attorney(s) for the judgment creditor.*

Pursuant to CPLR § 5205(l), $3,000.00 of an account containing direct deposit or electronic payments reasonably identifiable as statutorily exempt payments, as defined in CPLR § 5205(l)(2), is exempt from execution and the garnishee cannot levy upon or restrain $3,000.00 in such account.

Pursuant to CPLR § 5222(i), an execution shall not apply to an amount equal to or less than 90% of the greater of 240 times the federal minimum hourly wage prescribed in the Fair Labor Standards Act of 1938 or 240 times the state minimum hourly wage prescribed in Labor Law § 652 as in effect at the time the earnings are payable, except such part as a court determines to be unnecessary for the reasonable requirements of the judgment debtor and his or her dependents.

**Notice to Garnishee** TO: Chase
ADDRESS:

**WHEREAS,** *it appears that you are indebted to the judgment debtor above named, or in possession or custody of property not capable of delivery in which judgment debtor has an interest, including, without limitation, the following specified debt and property: any and all real and personal properties including but not limited to automobiles.*

**NOW, THEREFORE, YOU ARE REQUIRED** *by section 5232(a) of the Civil Practice Law and Rules forthwith to transfer to the sheriff all personal property not capable of delivery in which the judgment debtor is known or believed to have an interest now in or hereafter coming into your possession or custody including any property specified in this notice; and to pay to the sheriff, upon maturity all debts now due or hereafter coming due from you to the judgment debtor, including any debts specified in this notice; and to execute any documents necessary to effect such payment;*

**AND TAKE NOTICE** *that until such transfer or payment is made until the expiration of 90 days after which the service of this execution upon you or such further time as provided by any order of the Court served upon you whichever event first occurs, you are forbidden to make or suffer any sale, assignment, transfer of, or any interference with, any such property or pay over or otherwise dispose of any such debt, to any person other than the sheriff, except upon direction of the sheriff or pursuant to order of the Court.*

**AND TAKE FURTHER NOTICE THAT** *at the expiration of 90 days after a levy is made by service of this execution, or of such further time as the Court upon motion of the judgment creditor has provided, this levy shall be void except as to property or debts which have been transferred or paid to the sheriff or as to which a proceeding under sections 5225 or 5227 of the Civil Practice Law and Rules has been brought.*

*A notice to judgment debtor in the form presented by CPLR § 5222(e) HAS been served on judgment debtor within a year.*

Dated: March 11, 2024
Attorneys for Judgment Creditor:
Office and Post Office Address

Signature.......... [signature] .......... Print name signed: **JAMES OLSEN, ESQ.**
Law Offices of James Olsen, Esq.
82 Nassau St., Suite 9002 New York, NY 10038