**RONALD MOSES**
**MARSHAL**
Badge No. 10
CITY OF NEW YORK
111 JOHN STREET, SUITE 500
NEW YORK, NY 10038

Phone: (212) 349-4303
Fax: (212) 349-4309

March 12, 2024

# LEVY AND FINAL DEMAND

JP MORGAN CHASE BANK COURT ORDERS & LEVIES
MC:LA4-7200 700 KANSAS LANE
MONROE LA 71203 4774

**JUDGMENT CREDITOR**

HARVEST CREDIT MANAGEMENT VII, LLC...INTEREST TO HSBC/GM
VS
ALISHAYEV, ANDREW

**JUDGMENT DEBTOR**

GREETINGS:

Attached you will find a Property Execution with Notice To Garnishee. As directed under CPLR *5232(a)*, you are required to turn over to me all property of the judgment Debtor currently in your possession or custody, not to exceed the following amount:

| | |
|---|---|
| Judgment........... | $6,753.72 |
| Interest........... | $1,729.49 |
| Statutory Fees........ | $85.00 |
| Expense........... | $1.22 |
| Poundage........... | $428.47 |
| **TOTAL** | **$8,997.90** |

Should you have any questions, kindly contact my office:
Marshal's Docket No.: **R 102246**

Very truly yours,

**RONALD MOSES**
**Marshal City of New York**
**Badge No. 10**

---

**FOR BANK USE ONLY. Please checkmark account status:** ☑
- ☐ 1. An official check is enclosed and we have released the account
- ☐ 2. There is an account in the name of the judgment debtor as follows:
  Branch of account: _____ Phone No.: _____
  Account Number: _____ Balance: _____
- ☐ 3. Prior Lien(s)
- ☐ 4. No account or assets maintained at this office
- ☐ 5. The account of the judgment debtor was overdrawn
- ☐ 6. Former account(s) was closed on: _____
- ☐ 7. Joint account
- ☐ 8. No funds

Remarks: _____
Position held: _____ Phone No: _____ Branch of account: _____ Phone No.: _____

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

---

HARVEST CREDIT MANAGEMENT VII,LLC AS SUCCESSOR IN INTEREST TO HSBC/GM

Plaintiff,

Against

ANDREW ALISHAYEV

Defendant(s).

Index No: CV-013274-11/QU
Our File No: 52213339

*EXECUTION WITH NOTICE TO GARNISHEE*

RECEIVED

SSN: ▮▮▮▮▮   MAR 1 2 2024

Office of City Marshal
Ronald Moses

**THE PEOPLE OF THE STATE OF NEW YORK TO THE SHERIFF OR MARSHAL OF THE CITY OF NEW YORK:**

**WHEREAS,** in *an action in the CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF QUEENS Between HARVEST CREDIT MANAGEMENT VII,LLC AS SUCCESSOR IN INTEREST TO HSBC/GM and ANDREW ALISHAYEV, as Defendant(s) who are all the parties named in said action, a judgment was entered on 6/13/2011 in favor of HARVEST CREDIT MANAGEMENT VII,LLC AS SUCCESSOR IN INTEREST TO HSBC/GM, judgment creditor(s) and against ANDREW ALISHAYEV, judgment debtor(s) whose last known address is 2513 TILDEN AVE # 307, BROOKLYN, NY, 11226, in the amount of $6,753.72 of which $6,753.72 together with interest at 2% thereon from 6/13/2011 remains due and owing.*

**WHEREAS,** a transcript of judgment was filed on 6/13/2011 with the Clerk of the COUNTY OF QUEENS, in which county the judgment was entered.

**NOW, THEREFORE, WE COMMAND YOU** *to satisfy judgment out of the real and personal property of the above named judgment debtor and the debts due to him; and that only the property in which said judgment debtor who is not deceased has an interest or the debts owed to him shall be levied upon or sold hereunder; AND TO RETURN this execution to the Clerk of the above captioned court within 60 days after issuance unless service of this execution is made within that time or within extensions of that time made in writing by the attorney(s) for the judgment creditor.*

Pursuant to CPLR § 5205(1), $3,000.00 of an account containing direct deposit or electronic payments reasonably identifiable as statutorily exempt payments, as defined in CPLR § 5205(1)(2), is exempt from execution and the garnishee cannot levy upon or restrain $3,000.00 in such account.

Pursuant to CPLR § 5222(i), an execution shall not apply to an amount equal to or less than 90% of the greater of 240 times the federal minimum hourly wage prescribed in the Fair Labor Standards Act of 1938 or 240 times the state minimum hourly wage prescribed in Labor Law § 652 as in effect at the time the earnings are payable, except such part as a court determines to be unnecessary for the reasonable requirements of the judgment debtor and his or her dependents.

**Notice to Garnishee** TO: Chase
ADDRESS:

**WHEREAS,** *it appears that you are indebted to the judgment debtor above named, or in possession or custody of property not capable of delivery in which judgment debtor has an interest, including, without limitation, the following specified debt and property; any and all real and personal properties including but not limited to automobiles.*

**NOW, THEREFORE, YOU ARE REQUIRED** *by section 5232(a) of the Civil Practice Law and Rules forthwith to transfer to the sheriff all personal property not capable of delivery in which the judgment debtor is known or believed to have an interest now in or hereafter coming into your possession or custody including any property specified in this notice; and to pay to the sheriff, upon maturity all debts now due or hereafter coming due from you to the judgment debtor, including any debts specified in this notice; and to execute any documents necessary to effect such payment;*

**AND TAKE NOTICE** *that until such transfer or payment is made until the expiration of 90 days after which the service of this execution upon you or such further time as provided by any order of the Court served upon you whichever event first occurs, you are forbidden to make or suffer any sale, assignment, transfer of, or any interference with, any such property or pay over or otherwise dispose of any such debt, to any person other than the sheriff, except upon direction of the sheriff or pursuant to order of the Court.*

**AND TAKE FURTHER NOTICE THAT** *at the expiration of 90 days after a levy is made by service of this execution, or of such further time as the Court upon motion of the judgment creditor has provided, this levy shall be void except as to property or debts which have been transferred or paid to the sheriff or as to which a proceeding under sections 5225 or 5227 of the Civil Practice Law and Rules has been brought.*

*Dated:* March 11, 2024
*Attorneys for Judgment Creditor:*
*Office and Post Office Address*

Signature........ /s/ ........................... Print name signed: **JAMES OLSEN, ESQ.**
Law Offices of James Olsen, Esq.
82 Nassau St., Suite 9002 New York, NY 10038

[Left margin: *A notice to judgment debtor in the form presented by CPLR §5222(e) HAS been served on judgment debtor within a year.*]

# EXEMPTION NOTICE
as required by New York Law

## YOUR BANK ACCOUNT IS RESTRAINED OR "FROZEN"

The attached Restraining Notice or notice of Levy by Execution has been issued against your bank account. You are receiving this notice because a creditor has obtained a money judgment against you, and one or more of your bank accounts has been restrained to pay the judgment. A money judgment is a court's decision that you owe money to a creditor. You should be aware that <u>FUTURE DEPOSITS</u> into your account(s) might also be restrained if you do not respond to this notice.

You may be able to "vacate" (remove) the judgment. If the judgment is vacated, your bank will be released. Consult an attorney (including free legal services) or visit the court clerk for more information about how to do this.

Under state and federal law, certain types of funds cannot be taken from your bank account to pay a judgment. Such money is said to be "exempt".

## DOES YOUR BANK ACCOUNT CONTAIN ANY OF THE FOLLOWING TYPES OF FUNDS?

1. Social Security;
1. Social Security disability (SSD);
2. Supplemental security income (SSI);
3. Public assistance (welfare);
4. Income earned while receiving SSI or public assistance;
5. Veterans benefits;
6. Unemployment insurance;
7. Payments from pensions and retirement accounts;
8. Disability benefits;
9. Income earned in the last 60 days (90% of which is exempt);
10. Workers' compensation benefits;
11. Child support;
12. Spousal support or maintenance (alimony);
13. Railroad retirement;
14. Black lung benefits; and/or
15. Covid-19 stimulus relief for individuals & families with children.

If YES, you can claim that your money is exempt and cannot be taken.

To make a claim, you must
a) complete the EXEMPTION CLAIM FORM attached;
a) deliver or mail the form to the bank with the restrained or "frozen" account; and
b) deliver or mail the form to the creditor or its attorney at the address listed on the form.

You must send the forms within 20 days of the postmarked date on the envelope holding this notice. You may be able to get your account released faster if you send to the creditor or its attorney written proof that your money is exempt. Proof can include an award letter from the government, an annual statement from your pension, pay stubs, copies of checks, bank records showing the last two months of account activity, or other papers showing that the money in your bank account is exempt. If you send the creditors attorney proof that the money in your account is exempt, the attorney must release that money within seven days. You do not need an attorney to make an exemption claim using the form.

R102246

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS INDEX# CV-013274-11/QU

Docket: R102246

Judgment Creditor

**HARVEST CREDIT MANAGEMENT VII,
LLC...INTEREST TO HSBC/GM**

## EXEMPTION CLAIM FORM

vs

Judgment Debtor

**ALISHAYEV, ANDREW
2513 TILDEN AVE #307
BROOKLYN, NY 11226**

NAME AND ADDRESS OF JUDGMENT
CREDITOR OR ATTORNEY
ADDRESS A
  JUDGEMENT RECOVERIES PARTNERS
  SUITE 655
  5737 KANAN ROAD
  AGOURA HILLS, CA 91301

NAME AND ADDRESS OF
FINANCIAL INSTITUTION
ADDRESS B
  JP MORGAN CHASE BANK
  COURT ORDERS & LEVIES
  MC:LA4-7200 700 KANSAS LANE
  MONROE, LA 71203

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to ADDRESS A and one form to ADDRESS B within twenty days of the date on the envelope holding this notice. *****If you have any documents such as an award letter, an annual statement from your pension, paystubs, copies of checks or bank records showing the last two months of account activity, include copies of the documents with this form. Your account may be released more quickly.

I state that my account contains the following type(s) of funds (check all that apply):

____ Social Security
____ Social Security disability (SSD)
____ Supplemental security income (SSI)
____ Public assistance
____ Wages while receiving SSI or public assistance
____ Veterans benefits
____ Unemployment insurance
____ Payments from pensions and retirement accounts
____ Income earned in last 60 days (90% of which is exempt)
____ Child support
____ Spousal support or maintenance (alimony)
____ Workers' compensation benefits
____ Railroad retirement or Black lung benefits
____ Covid-19 stimulus relief for individuals & families with children
____ Other (describe exemption)_____

I request that any correspondence to me my claim be sent to
The following address:_____

### (FILL IN YOUR COMPLETE ADDRESS)

I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

_____     _____
DATE                                                         SIGNATURE OF JUDGMENT DEBTOR

CIVIL COURT OF THE CITY OF NEW YORK
**COUNTY OF QUEENS INDEX# CV-013274-11/QU**

Docket: R102246

Judgment Creditor
**HARVEST CREDIT MANAGEMENT VII, LLC...INTEREST TO HSBC/GM**

## EXEMPTION CLAIM FORM

vs

Judgment Debtor

**ALISHAYEV, ANDREW
2513 TILDEN AVE #307
BROOKLYN, NY 11226**

NAME AND ADDRESS OF JUDGMENT CREDITOR OR ATTORNEY
ADDRESS A
  JUDGEMENT RECOVERIES PARTNERS
  SUITE 655
  5737 KANAN ROAD
  AGOURA HILLS, CA 91301

NAME AND ADDRESS OF FINANCIAL INSTITUTION
ADDRESS B
  JP MORGAN CHASE BANK
  COURT ORDERS & LEVIES
  MC:LA4-7200 700 KANSAS LANE
  MONROE, LA 71203

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to ADDRESS A and one form to ADDRESS B within twenty days of the date on the envelope holding this notice. *****If you have any documents such as an award letter, an annual statement from your pension, paystubs, copies of checks or bank records showing the last two months of account activity, include copies of the documents with this form. Your account may be released more quickly.

    I state that my account contains the following type(s) of funds (check all that apply):

    ____ Social Security
    ____ Social Security disability (SSD)
    ____ Supplemental security income (SSI)
    ____ Public assistance
    ____ Wages while receiving SSI or public assistance
    ____ Veterans benefits
    ____ Unemployment insurance
    ____ Payments from pensions and retirement accounts
    ____ Income earned in last 60 days (90% of which is exempt)
    ____ Child support
    ____ Spousal support or maintenance (alimony)
    ____ Workers' compensation benefits
    ____ Railroad retirement or Black lung benefits
    ____ Covid-19 stimulus relief for individuals & families with children
    ____ Other (describe exemption)_____

I request that any correspondence to me my claim be sent to
The following address:_____

### (FILL IN YOUR COMPLETE ADDRESS)

    I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

DATE                    SIGNATURE OF JUDGMENT DEBTOR