CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS INDEX# CV-013274-11/QU

Docket: R102246

Judgment Creditor

**HARVEST CREDIT MANAGEMENT VII,**
**LLC...INTEREST TO HSBC/GM**

## EXEMPTION CLAIM FORM

vs

Judgment Debtor

**ALISHAYEV, ANDREW**
**2513 TILDEN AVE #307**
**BROOKLYN, NY 11226**

---

NAME AND ADDRESS OF JUDGMENT
CREDITOR OR ATTORNEY
ADDRESS A
  JUDGEMENT RECOVERIES PARTNERS
  SUITE 655
  5737 KANAN ROAD
  AGOURA HILLS, CA 91301

NAME AND ADDRESS OF
FINANCIAL INSTITUTION
ADDRESS B
  JP MORGAN CHASE BANK
  COURT ORDERS & LEVIES
  MC:LA4-7200 700 KANSAS LANE
  MONROE, LA 71203

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to ADDRESS A and one form to ADDRESS B within twenty days of the date on the envelope holding this notice. *****If you have any documents such as an award letter, an annual statement from your pension, paystubs, copies of checks or bank records showing the last two months of account activity, include copies of the documents with this form. Your account may be released more quickly.

    I state that my account contains the following type(s) of funds (check all that apply):

    \_\_\_\_ Social Security
    \_\_\_\_ Social Security disability (SSD)
    \_\_\_\_ Supplemental security income (SSI)
    \_\_\_\_ Public assistance
    \_\_\_\_ Wages while receiving SSI or public assistance
    \_\_\_\_ Veterans benefits
    \_\_\_\_ Unemployment insurance
    \_\_\_\_ Payments from pensions and retirement accounts
    \_\_\_\_ Income earned in last 60 days (90% of which is exempt)
    \_\_\_\_ Child support
    \_\_\_\_ Spousal support or maintenance (alimony)
    \_\_\_\_ Workers' compensation benefits
    \_\_\_\_ Railroad retirement or Black lung benefits
    \_\_\_\_ Covid-19 stimulus relief for individuals & families with children
    \_\_\_\_ Other (describe exemption)_____

I request that any correspondence to me my claim be sent to
The following address:_____

### (FILL IN YOUR COMPLETE ADDRESS)

    I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

DATE                    SIGNATURE OF JUDGMENT DEBTOR

CIVIL COURT OF THE CITY OF NEW YORK
**COUNTY OF QUEENS INDEX# CV-013274-11/QU**

Docket: R102246

Judgment Creditor
**HARVEST CREDIT MANAGEMENT VII,
LLC...INTEREST TO HSBC/GM**

## EXEMPTION CLAIM FORM

vs

Judgment Debtor

**ALISHAYEV, ANDREW
2513 TILDEN AVE #307
BROOKLYN, NY 11226**

| NAME AND ADDRESS OF JUDGMENT CREDITOR OR ATTORNEY | NAME AND ADDRESS OF FINANCIAL INSTITUTION |
|---|---|
| ADDRESS A | ADDRESS B |
| JUDGEMENT RECOVERIES PARTNERS SUITE 655 5737 KANAN ROAD AGOURA HILLS, CA 91301 | JP MORGAN CHASE BANK COURT ORDERS & LEVIES MC:LA4-7200 700 KANSAS LANE MONROE, LA 71203 |

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to ADDRESS A and one form to ADDRESS B within twenty days of the date on the envelope holding this notice. *****If you have any documents such as an award letter, an annual statement from your pension, paystubs, copies of checks or bank records showing the last two months of account activity, include copies of the documents with this form. Your account may be released more quickly.

I state that my account contains the following type(s) of funds (check all that apply):

____ Social Security
____ Social Security disability (SSD)
____ Supplemental security income (SSI)
____ Public assistance
____ Wages while receiving SSI or public assistance
____ Veterans benefits
____ Unemployment insurance
____ Payments from pensions and retirement accounts
____ Income earned in last 60 days (90% of which is exempt)
____ Child support
____ Spousal support or maintenance (alimony)
____ Workers' compensation benefits
____ Railroad retirement or Black lung benefits
____ Covid-19 stimulus relief for individuals & families with children
____ Other (describe exemption)_____

I request that any correspondence to me my claim be sent to
The following address:_____

(FILL IN YOUR COMPLETE ADDRESS)

I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

DATE                SIGNATURE OF JUDGMENT DEBTOR