**CHASE ○**

Court Orders and Levies
RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774
Phone: 1-866-578-7022

Monday, Mar 25, 2024

NY-RONALD MOSES, MARSHAL CITY OF NEW YORK
111 JOHN STREET, SUITE 500
NEW YORK, NY 10038

**RE: HARVEST CREDIT MANAGEMENT VII LLC ET AL v. ANDREW ALISHAYEV, Index No.: CV01327411QU**

JPMorgan Chase Bank, N.A is in receipt of your Execution against the following debtor(s): ANDREW ALISHAYEV

Accounts which are held:

| Account Number | Present Balance |
|---|---|
| 8129 | 8997.90 |

The Present Balance may be subject to claims which may reduce the amount available to the judgment creditor, including without limitation: exemptions asserted by the judgment debtor; rights of third parties asserting an interest in the account; intervening levies or court orders; IRS levies; right of setoff; deposited items returned against the account, or warranty claims asserted with respect to checks or other items credited to the account balance.

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the Execution. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A at 1-866-578-7022.

Sincerely,

*Tiffany Peyton*

Tiffany P Peyton
Transactions Specialist III
JPMorgan Chase Bank, N.A.