

**RONALD MOSES**
**BADGE NO. 10**

# MARSHAL

CITY OF NEW YORK
111 JOHN STREET, SUITE 500
NEW YORK, NY 10038

Phone: (212) 349-4303
Fax:  (212) 349-4309

April 3, 2024

JUDGMENT RECOVERY PARTNERS
SUITE 655
5737 KANAN ROAD
AGOURA HILLS CA 91301

**JUDGMENT CREDITOR**
HARVEST CREDIT MANAGEMENT VII,
LLC...INTEREST TO HSBC/GM

**VS**

ALISHAYEV, ANDREW

**JUDGMENT DEBTOR**

FILE#: 52213339

PER STEPHANIE/JPMC..PAYOUT $8997.90 SCHEDULED 4/23

**Reference No.** R 102246

RONALD MOSES
Marshal, City of New York
Badge No.10