| | |
|---|---|
| **From:** | Andrey Alishayev <andreyalishayev@gmail.com> |
| **Sent:** | Thursday, April 4, 2024 6:51 PM |
| **To:** | charles@judgementrecoverypartners.com |
| **Subject:** | Documents |
| **Attachments:** | 20240404_184248.jpg; 20240404_183740.jpg; 20240404_183726.jpg; 20240404_183709.jpg; 20240404_183659.jpg |

Hi Charles,
I enclosed all the documents confirming that the funds in the account are from social security disability. If you have any questions please don't hesitate to contact me .
Email: andreyalishayev@gmail.com
Phone number:9296161668
Mailing address:4568 manhattan college parkway 1J Bronx ny 10471.

Please release the funds asap.

04/04/24

Fax #
1-866-699-0618

Coversheet
Index #
CV0132741124

Case ID
COAL-20MAR24-3632

R 102246
Andrey Alishayev
4568 Manhattan College Parkway 1J
Bronx NY 10471
SS#
███████████

Phone #
9296161668



# CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 28, 2023 through January 26, 2024

Account Number: ████████8129

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00586317 DRE 802 219 02724 NNNNNNNNNNN  1 000000000 18 0000

ANDREY ALISHAYEV
2513 TILDEN AVE APT 307
BROOKLYN NY 11226-5015

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $32,504.55 |
| Deposits and Additions | 1,679.00 |
| ATM & Debit Card Withdrawals | -259.10 |
| Electronic Withdrawals | -55.54 |
| Ending Balance | $33,868.91 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $32,504.55 |
| 01/02 | Capital One   Mobile Pmt 3Wph67Mpnvpkb7l Web ID: 9279744380 | -43.94 | 32,460.61 |
| 01/03 | SSA Treas 310   Xxsoc Sec       PPD ID: 9031736039 | 1,679.00 | 34,139.61 |
| 01/03 | Card Purchase      01/02 Aspire Mastercard 855-802-5572 GA Card 6396 | -4.45 | 34,135.16 |
| 01/03 | Card Purchase      01/03 Opc*Avant 800-712-5407 IL Card 6396 | -6.80 | 34,128.36 |
| 01/03 | Merrick Bank    Onlinepymt            Web ID: ████████ | -5.80 | 34,122.56 |
| 01/03 | Discover         E-Payment  6624     Web ID: ████████ | -5.80 | 34,116.76 |
| 01/23 | Card Purchase      01/23 Amzn Mktp US*R01Wc8V Amzn.Com/Bill WA Card 6396 | -247.85 | 33,868.91 |
| | Ending Balance | | $33,868.91 |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
(Your total electronic deposits this period were $1,679.00. Note: some deposits may be listed on your previous statement)

- OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.
(Your lowest beginning day balance was $32,460.61)

- OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.
(Your average beginning day balance of qualifying linked deposits and investments was $33,714.32)



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 28, 2024 through March 26, 2024

Account Number: ▓▓▓▓▓▓8129



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00586868 DRE 802 219 08724 NNNNNNNNNNN 1 000000000 18 0000
ANDREY ALISHAYEV
4568 MANHATTAN COLLEGE PKWY APT 1J
BRONX NY 10471-4042

## Introducing Paze℠ — an easy and secure way to check out online with Chase debit and credit cards

We'll soon include qualifying Chase debit and credit cards in Paze, a new digital bank wallet used at checkout with participating online businesses, where your card number will never be shared.

Please visit the Paze FAQs at chase.com/paze for more information, including details on eligibility, how Paze works and what to do if you don't want to participate. We'll notify you when your Chase card(s) is ready to use with Paze.

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $33,853.51 |
| Deposits and Additions | 1,679.00 |
| Checks Paid | -9,800.00 |
| ATM & Debit Card Withdrawals | -107.64 |
| Electronic Withdrawals | -612.93 |
| Fees | -103.00 |
| Ending Balance | $24,908.94 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 6604 ^ | 03/08 | $800.00 |
| 6605 ^ | 03/20 | 9,000.00 |
| **Total Checks Paid** | | **$9,800.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.
^ An image of this check may be available for you to view on Chase.com.



February 28, 2024 through March 26, 2024
Account Number: ██████8129

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---:|---:|
| | Beginning Balance | | $33,853.51 |
| 03/01 | SSA Treas 310  Xxsoc Sec        PPD ID: ██████6026 | 1,679.00 | 35,532.51 |
| 03/04 | Card Purchase       03/03 Aspire Mastercard 855-802-5572 GA Card 6396 | -10.00 | 35,522.51 |
| 03/04 | American Express ACH Pmt   W9922      Web ID: 2005032111 | -2.90 | 35,519.61 |
| 03/04 | Capital One    Mobile Pmt 3X2D0Zojvoz0Se6 Web ID: 9279744380 | -107.83 | 35,411.78 |
| 03/04 | Counter Check | -3.00 | 35,408.78 |
| 03/05 | Card Purchase       03/05 Opc*Avant 800-712-5407 IL Card 6396 | -97.64 | 35,311.14 |
| 03/05 | Merrick Bank    Onlinepymt 240640383906981 Web ID: ██████████ | -54.65 | 35,256.49 |
| 03/05 | Discover       E-Payment 6624          Web ID: ██████████ | -39.12 | 35,217.37 |
| 03/05 | Mission Lane LLC ED  Pymnts Ppkmnnpoe16Deoe Web ID: ██████████ | -28.97 | 35,188.40 |
| 03/05 | Cardmember Serv  Web Pymt  ***********7438 Web ID: ██████████ | -370.76 | 34,817.64 |
| 03/06 | TD Bank       Payment    Andrey Alshaye Web ID: ██████████ | -5.80 | 34,811.84 |
| 03/06 | Comenity Pay Io Web Pymt ████████████ Web ID: ██████████ | -2.90 | 34,808.94 |
| 03/08 | Check            # 6604 | -800.00 | 34,008.94 |
| 03/20 | Check            # 6605 | -9,000.00 | 25,008.94 |
| 03/25 | Legal Processing Fee | -100.00 | 24,908.94 |
| | Ending Balance | | $24,908.94 |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period:

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNowSM network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
(Your total electronic deposits this period were $1,679.00. Note: some deposits may be listed on your previous statement)

- OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.
(Your lowest beginning day balance was $25,008.94)

- OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.
(Your average beginning day balance of qualifying linked deposits and investments was $32,359.40)

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**
Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2



February 28, 2024 through March 26, 2024

Account Number: 8129

# TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---:|---:|
| | Beginning Balance | | $33,853.51 |
| 03/01 | SSA Treas 310 Xxsoc Sec PPD ID: 6026 | 1,679.00 | 35,532.51 |
| 03/04 | Card Purchase 03/03 Aspire Mastercard 855-802-5572 GA Card 6396 | -10.00 | 35,522.51 |
| 03/04 | American Express ACH Pmt W9922 Web ID: | -2.90 | 35,519.61 |
| 03/04 | Capital One Mobile Pmt 3X2D0Zojvoz0Se6 Web ID: | -107.83 | 35,411.78 |
| 03/04 | Counter Check | -3.00 | 35,408.78 |
| 03/05 | Card Purchase 03/05 Opc*Avant 800-712-5407 IL Card 6396 | -97.64 | 35,311.14 |
| 03/05 | Merrick Bank Onlinepymt Web ID: | -54.65 | 35,256.49 |
| 03/05 | Discover E-Payment 6624 Web ID: 2510020270 | -39.12 | 35,217.37 |
| 03/05 | Mission Lane LLC EDI Pymnts Ppkmnnpoe16Deoe Web ID: | -28.97 | 35,188.40 |
| 03/05 | Cardmember Serv Web Pymt ***********7438 Web ID: | -370.76 | 34,817.64 |
| 03/06 | TD Bank Payment Andrey Alishaye Web ID: | -5.80 | 34,811.84 |
| 03/06 | Comenity Pay Io Web Pymt Web ID: | -2.90 | 34,808.94 |
| 03/08 | Check # 6604 | -800.00 | 34,008.94 |
| 03/20 | Check # 6605 | -9,000.00 | 25,008.94 |
| 03/25 | Legal Processing Fee | -100.00 | 24,908.94 |
| | Ending Balance | | $24,908.94 |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more**, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
(Your total electronic deposits this period were $1,679.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
(Your lowest beginning day balance was $25,008.94)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
(Your average beginning day balance of qualifying linked deposits and investments was $32,359.40)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

  - Your name and account number;
  - A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
  - The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC