**marie@marshalmoses.com**

| | |
|---|---|
| **From:** | marie@marshalmoses.com |
| **Sent:** | Monday, April 8, 2024 4:05 PM |
| **To:** | 'Tyler Umans' |
| **Subject:** | R 000102246 ALISHAYEV, ANDREW |
| **Attachments:** | Scanner-252_20240408_141225.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Good Afternoon,

Please find attached Exemption Claim Form with supporting documents as attached which we received from the Consumer, for your perusal and await your further advices, in respect of the above subject matter.

Kind Regards,

*Marie*
*City Marshal, Ronal Moses*
*Tel: (212) 266-6035*
*Fax: (212) 349-4309*