| | |
|---|---|
| **From:** | Brooklyn.office@ag.ny.gov |
| **Sent:** | Wednesday, May 1, 2024 10:23 AM |
| **To:** | andreyalishayev@gmail.com |
| **Subject:** | NYAG Submission #1-855477382 |
| **Attachments:** | Form 05-01-2024T10-23-24.pdf |

Thank you for submitting your complaint to the Consumer Frauds Bureau. Attached please find a copy for your records. Your assistance is vital to our efforts to serve the people of the State of New York.

The Attorney General takes seriously the legal issues of all New Yorkers, and every complaint to this office is carefully considered. Please be assured that we will thoroughly evaluate each of the issues you have raised. We may also share your submission with other local, state, or federal agencies, as appropriate.

We will contact you if we require any additional information. **Please do not submit follow-up inquiries through the complaint form,** which is for new submissions only. If contacting our office regarding this submission, please refer to **Intake #1-855477382.** Inquiries may be made by phone at (800) 771-7755, or by email.

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

OFFICE OF THE ATTORNEY GENERAL LETITIA JAMES
STATE OF NEW YORK DEPARTMENT OF LAW



BUREAU OF CONSUMER FRAUDS AND PROTECTION
55 Hanson Place, Suite 1080
Brooklyn, NY 11217-1523
Tel: (718)560-2040 | Fax (718)687-1430

Consumer Hotline
(800)771-7755
TDD (800)788-9898
http://www.ag.ny.gov

| | |
|---|---|
| Intake Id | 1-855477382 |

## Complaint Bureau

| | |
|---|---|
| Bureau Where You Filed Your Complaint | BROOKLYN |

## Your Information

| | |
|---|---|
| First Name | Andrey |
| Last Name | Alishayev |
| Your Business/Organization Name | |
| Street Address | 4568 manhattan college parkway |
| Address Line 2 | 1j |
| City/Town | Bronx |
| State | NY |
| County | NEWY |
| Zip/Postal Code | 10471 |
| Country | US |
| Email Address | ███████████ |
| Phone Number | ███████ |
| Alternate Phone Number | |

## Subject of Your Complaint

| | |
|---|---|
| Are you complaining about a person or a company? | COMPANY |
| Business Name | Judgement recovery llc |
| Street Address | |
| Address Line 2 | |
| City/Town | |
| State | |
| Zip/Postal Code | |
| Email Address | |
| Phone Number | |
| Website | |

## Additional Complaint Information

| | |
|---|---|
| Location of Incident/Transaction | Ny |
| Date of Incident/Transaction | 2024-03-25 |

| | |
|---|---|
| Name of Product or Service | Bank account |
| Cost of Product or Service | 9000 |
| Method of Payment | DEBIT |

**Complaint Description**

I am on ssdi. In 2013 I had a default judgement for a credit card.  On 3 /25/2024 judgement recovery partners froze 9k
In my bank account that only had disability money. They took it our In April
25th. That is illegal to garnish disability money.  I'm having hard times and I need that money.

| | |
|---|---|
| Did you sign a contract? | N |
| Was product or service advertised? | N |
| Have you already complained to company/individual? | Y |
| How? | BY TELEPHONE |
| Complaint Date | 2024-04-16 |
| Person contacted | Judgement recovery |
| Job title | He said I need to get a forensic accountant |
| Nature of response | |
| Date of response | 2024-04-16 |
| Has matter been submitted to another agency or attorney? | N |
| Is court action pending? | N |

**What form of relief are you seeking, e.g., refund, credit, exchange, repair?**

Refund

Manufacturer of Product

Street Address

City/Town

State/Town

Zip/Postal Code

Product Model or Serial Number

Warranty Expiration Date

Did Business Arrange Financing?

**In filing this complaint, I understand that:**

• The Attorney General is not the complainant's private lawyer. The Attorney General is a public servant who protects the public from illegal or misleading practices. This complaint does not mean that the Attorney General will start a lawsuit for the complainant.

• The Attorney General cannot give me legal advice or represent me in court. If I have any questions about my legal rights or responsibilities, I should contact a private lawyer.

• The Attorney General may send a copy of my complaint, and any documents I provide, to the person or organization I mention in my complaint. I give that person or organization permission to provide information about my complaint to the Attorney General.

• The Attorney General may use information from my complaint to show that the law has been broken.

• The Attorney General works with other government agencies at the state, local, and federal levels to investigate

complaints and with the police. The Attorney General may share my complaint with these agencies.

I affirm this 1st day of May, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment that:

- my complaint is true;
- any documents attached are true and accurate copies of the original; and
- I understand that this document may be filed in an action or proceeding in a court of law.

**Signature**                                                                 Andrey alishayev