

Attorney General Letitia James
State of New York
Office of the Attorney General
Bureau of Consumer Frauds and Protection
28 Liberty St Fl 16, New York, NY 10005-1400
(212) 416-8300

File Number: 24-031323-M1
Staff: Marisol Lugo

# RESPONSE FORM

**Name of Consumer:** Andrey Alishayev

**Legal Name of Company:** Judgment Recovery Partners LLC

**Executive Office Address:** 26901 Agoura Rd, Suite 155, Agoura Hills, CA 91301

**If a Corporation, Names of President and General Manager:** Justin Umans

**If a Partnership, Names of Partners:** _____

**If a Sole Proprietorship, Name of Owner:** _____

**Name, Address and Telephone Number of person to contact for additional information:**

Tyler Umans    26901 Agoura Rd, Suite 155, Agoura Hills, CA 91301    818-231-0880

**RESPONSE TO COMPLAINT:**
(Enclose copies of documents in support of your position. Use additional pages if necessary.)

See attached response and documentation.

**In order to resolve this matter, we offer to:**
JRP will voluntarily return the funds it has obtained to Mr. Alishayev's and cease all collection ~~efforts on his account.~~

**I understand that any false statements made on this form are punishable as a Class A Misdemeanor under §175.30 and/or §210.45 of the Penal Law.**

**Name:** Tyler Umans    **Title:** Manager

**Signature:** *Tyler Umans*    **Date:** 10/11/2024

A COPY OF THIS REPLY WILL BE SENT TO THE CONSUMER

5737 Kanan Road, Suite 655
Agoura Hills, California 91301

October 11, 2024

Office of the Attorney General
Attn: Marisol Lugo
Bureau of Consumer Frauds and Protection
28 Liberty St, Fl 16
New York, New York 10005-1400

      Re:    Your File No. 24-031323-M1
                 Consumer: Andrey Alishayev

Dear Mr. Lugo:

I am a Senior Compliance Officer of Judgement Recovery Partners, and I write in response to your letters of August 20, 2024, and September 3, 2024, concerning a complaint you received from Mr. Andrey Alishayev. Your letters requested a response to Mr. Alishayev's complaint.

Mr. Alishayev is subject to a judgment entered against him in the amount of $6,753.72 by the Queens County Civil Court on June 13, 2011, in *Harvest Credit Management VII, LLC, as Successor in Interest to HSBC/GM v. Andrew Alishayeva,* CV-013274-11/QU (copy enclosed). Mr. Alishayev brought a motion to vacate the judgment on May 29, 2024, but on July 10, 2024, the court denied his motion.

Mr. Alishayev reports that he spoke with someone at JRP who told him he needed to retain a forensic accountant. JRP has no record of that call but would welcome the opportunity to speak with Mr. Alishayev should he desire.

Mr. Alishayev further states that he is a recipient of Social Security Disability Insurance (SSDI), that the only funds in his bank account came from SSDI and that it is illegal to garnish disability money. He did not, however, bring a timely motion to exempt those funds.

JRP had Mr. Alishayev's bank account frozen on March 25, 2024, and on April 25, 2024, withdrew money from his account. In light of Mr.

Alishayev's assertion that all funds in his account came from SSDI, however, JRP will voluntarily return the funds it has obtained to Mr. Alishayev and cease all collection efforts on his account.

I trust that this addresses the concerns of both your office and Mr. Alishayev. Please feel free to contact me should you have any further questions.

Respectfully,

Kerstin McFarlane
Senior Compliance Officer
Judgment Recovery Partners LLC

Queens County Civil Court
Civil Judgment

Plaintiff(s):
HARVEST CREDIT MANAGEMENT VII,LLC As Successor in Interest to HSBC/GM

vs.

Defendant(s):
ANDREW ALISHAYEVA

Index Number: CV-013274-11/QU

Judgment issued: On Default

On Motion of:

Goldman & Warshaw
10 Oakland Avenue, Suite 2-4, Warwick, NY 10996-

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $6,263.09 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Consumer Credit Fee | $95.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $40.00 |
| Interest 12/22/2010 at 9% | $265.63 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $20.00 | Jury Demand Fee | $0.00 | | |
| Total Damages | $6,528.72 | Total Costs & Disbursements | $225.00 | Judgment Total | $6,753.72 |

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) HARVEST CREDIT MANAGEMENT VII,LLC As Successor in Interest to HSBC/GM
1580 LINCOLN ST, Denver, CO 80203-

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address
(1) ANDREW ALISHAYEVA
9837 65TH AVE, APT 4A, Rego Park, NY 11374-3432

Judgment entered at the Queens County Civil Court, 89-17 Sutphin Boulevard, Jamaica, NY 11435, in the STATE OF NEW YORK in the total amount of $6,753.72 on 06/13/2011 at 03:37 PM.

Judgment sequence 1

*Carol Alt*
CHIEF CLERK
Carol Alt, Chief Clerk Civil Court

Page 1 of 1