Case 1:25-cv-02075-MMG   Document 43-1   Filed 01/05/26   Page 1 of 4

**JUDGMENT RECOVERY PARTNERS**

📞 (833) 220 - 8802   HOME   WHAT   HOW   CONTACT

Contact Us

# Collecting Judgments Across
# New York State

## Submit Your Judgment for Collection

## No risk and no fee. If we don't collect, we don't get paid.

| **NO** Out of Pocket Cost | **NO** Assignment of Judgment |
|---|---|
| **NO** Retainers | **NO** Surprises |

NMLS ID: 2383450

# What is the process?

Contact Us



You send us the judgment information.



We enforce the judgment.



We send you a check.

# How do we collect the judgment?

By using in depth skip tracing tools, asset locating techniques and legal procedures we:



Find their bank account, freeze it and remove the funds



Find their employer, garnish their wages



Find their property, seize and auction it

We use the services of country sheriffs, marshals (enforcement officers).

Judgment Recovery Partners - Reputable judgment collection company - Judgment Recovery Partners



82 Nassau St #9002
New York, NY 10038



Call Us
(833) 220 - 8802



Send Fax
(646) 496 - 9160



Email Us        Contact Us
info@judgmentrecoverypartne

# Contact Us

Name

Full Name

Email

Enter Email

Phone

Phone Number

Message

Questions, notes, judgment/debtor information...

◁ Send Message

A representative will get in touch with you within 24 hours.

2/17/25, 4:01 PM

Case 1:25-cv-02075-MMC   Document 43-1   Filed 01/05/26   Page 4 of 4

© 2025 Judgment Recovery Partners. All rights reserved.      Terms and Conditions          Privacy & Security Policy
Disclaimer

A translation and description of commonly-used debt collection terms is available in multiple languages on the Department's website,
www.nyc.gov/dca          .

Contact Us