**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF QUEENS**

**AFFIDAVIT OF SERVICE**


*2018878*

Index no : 13274/11
Date of Purchase: 02/09/2011
Office No: H0117123

| Plaintiff: | HARVEST CREDIT MANAGEMENT VII, LLC AS SUCCESSOR IN INTEREST TO HSBC/GM |
|---|---|
| Defendant: | ANDREW ALISHAYEVA |

STATE OF NEW YORK COUNTY OF NEW YORK        ss.:

**LATTANINA DRUCKER**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **04/02/2011** at **11:58 AM**, I served the within **Summons and Verified Complaint** on ANDREW ALISHAYEVA at **9837 65TH AVE APT 1C, Rego Park, NY 11374-3432** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **LUBA ALISHAYEVA, RELATIVE OF THE DEFENDANT** a person of suitable age and discretion.

Comments: **APT. OBTAINED FROM OCCUPANT IN APT 4A**

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Gray | 65 | 5' | 150 |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **LUBA ALISHAYEVA** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **04/04/2011** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **9837 65TH AVE APT 1C, Rego Park, NY 11374-3432**. That address being the **last known residence, usual place of abode of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Deponent further states that the summons served upon the Defendant had displayed and set forth on its face the words and added legend or caveat required by sub. (e) (f) and (h) of section 2900:2 of the Civil Court Rules.

Sworn to and subscribed before me on
04/04/2011

HARVEY TABBER
Notary Public, State of New York
No. 01TA4697012
Qualified in BRONX
Commission Expires 12/31/2014

X_____
LATTANINA DRUCKER
License#: 1354803
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: ASHWINEE

