```
Docket#: R 0091022246          CASE INFORMATION - PROPERTY
                                             Index#: CV-013274-11/QU
       Status: SATISFIED              - SAT    Date: 5/01/24  Exp:
     Creditor: HARVEST CREDIT MANAGEMENT VII,  Creditor Cd:
              LLC...INTEREST TO HSBC/GM         File #: 52213339
     Attorney: JUDGMENT RECOVERY PARTNERS  - JEFF    Date Issued:  31124
       Debtor: ALISHAYEV, ANDREW                    Date Received: 31224
                                                    Judgment Date: 61311
                                                   Transcript Date: 61311
   A/k/a-D/b/a:                          Original Jmt$:        6753.72
                                         Interest Rate:          200 %
                                      Jmt. Due and Unpaid:     6753.72
     Soc.Sec.#: [REDACTED]          From: 6/13/11  Interest:    1739.52
                                         Statutory Fees:         75.00
      Court(1): CIVIL     County(1): QUEENS    Expenses:          1.22
      Court(2):           County(2): QUEENS    Poundage:         428.44
                                                                8997.90
    Bank Only: Y       Direct Pay: B          Payments:        8997.90-
     Mail Out:                                 Credits:
                                             *Total Due:            .00
 SC Exec.Received:
 Collect With: Dkt#1:            Dkt#2:              Dkt#3:

 ENTER:Prcd  F4:Payments  F5:First  F6:Fee/Exp  F7:Cancel  F10:Notes  F12:Summary
```

```
Docket#  R 10910224167          CASE INFORMATION          PAYMENTS & PROPERTY
 Index#: CV-013274-11/QU
Status: SATISFIED                        - SAT   Date: 5/01/24  Exp:
Creditor: HARVEST CREDIT MANAGEMENT VII, -
          LLC...INTEREST TO HSBC/GM              File #: 52213339
Attorney: JUDGMENT RECOVERY PARTNERS     - JEFF
  Debtor: ALISHAYEV, ANDREW                      *Total Due:           .00
Attention:
<--------------- R E C E I P T S ----------------> <--D I S B U R S E M E N T-->
Ln#  Date   Rcv Frm Type  Amount      Trust Hld    Date    Check#    Amount
 1  5/01/24 US   D  BCK   8997.90    8493.24      5/02/24  340632   8493.24
```

F1:Page Up    F2:Page Down    F3:Previous    F5:First    F7:Cancel    F10:Notes

```
Docket#: R 008102246        CASE INFORMATION NOTES              PROPERTY
     Status: SATISFIED                    - SAT    Date:  5/01/24
   Creditor: HARVEST CREDIT MANAGEMENT VII,         Exp:
             LLC...INTEREST TO HSBC/GM              File #: 52213339
   Attorney: JUDGMENT RECOVERY PARTNERS    - JEFF
     Debtor: ALISHAYEV, ANDREW                     *Total Due:       .00
Special Remark:
 Seq#   Date   Text.................................................D Aty User
   1   3/12/24 NEW CASE RECEIVED                                          RMBIONDA
   2   3/12/24 INTEREST RATE1 OF    2.00% FROM   6/13/11                  RMBIONDA
   3   3/12/24 BANK ATTACHMENT PREPARED             $8,997.90             RMANGIE
   4   3/12/24 NO ISRN ON FILE                                            RMJOSE
   5   3/12/24 BANK ATTACHMENT HAS BEEN SERVD                             RMRON
   6   3/12/24 BANK ATTACHMENT HAS BEEN SERVD                             RMRON
   7   3/12/24 ON:  3/13/24          JP MORGAN CHASE BANK      #1         RMRON
   8   3/13/24 NOTICE TO DEBTOR/INDIVID. BANK                 #1          RMADMIN2
   9   3/28/24 BANK DEMAND LETTER HAS BEEN SENT               #1          COMPUTER
  10   4/02/24 DFT CALLED IN- ADV FUNDS ARE SSI.. ALSO GAVE ATTY#         RMKRISA
=====area==cd= Phone#:                 ext         /            ext   Y  =========
Next     /    / _____   <-Notify
Delete (D)   Seq#                                                            Aty?

ENTER:Add   F1:More   F2:Page Down   F3:Back   F4:Payments   F5:First   F7:Cancel
```

```
     Status: SATISFIED                       - SAT   Date: 5/01/24
   Creditor: HARVEST CREDIT MANAGEMENT VII,          Exp:
            LLC...INTEREST TO HSBC/GM              File #: 52213339
   Attorney: JUDGMENT RECOVERY PARTNERS     - JEFF
     Debtor: ALISHAYEV, ANDREW                        *Total Due:          .00
Special Remark:
Seq#  Date    Text......................::.....................D Aty User
 11  4/02/24  PER CHASE FULL AMT                                       RMRON
 12  4/03/24  PER STEPHANIE/JPMC..PAYOUT $8997.90 SCHEDULED 4/23    Y  RMMH
 13  4/03/24  PER CNSMR..WILL FAX COPY ECF SSDI W/ SUPPORTING          RMMH
 14  4/03/24  DOCS AS DIRECTED TO ATTY/BANK AND WILL FAX US COPY       RMMH
 15  4/08/24  CF DFT ADV WE RECEIVED PAPERWORK (ITS ON MARIE           RMJENN
 16  4/08/24  DESK) ADV HIM TO SEND TO ATY + BANK                      RMJENN
 17  4/08/24  REC'D ECF W/ SOC SEC AWARD LTTR/BANK STATEMENTS          RMMH
 18  4/08/24  EMAILED DOCS TO TYLER/ATY                                RMMH
 19  4/12/24  DEF CALLED IN WANTS TO KNOW IF ACT WAS RELEASE           RMSHANA
 20  4/12/24  REFERRED HIM TO ATY OFFICE                               RMSHANA
=====area==cd= Phone#:............ ext...../................. ext.... Y =========
Next     /     /_____       <-Notify
Delete (D)    Seq#                                                         Aty?

ENTER:Add   F1:More   F2:Page Down   F3:Back   F4:Payments   F5:First   F7:Cancel
```

```
Docket#: R 0001022246              CASE INFORMATION NOTES         PROPERTY
       Status: SATISFIED                    - SAT   Date:  5/01/24
      Creditor: HARVEST CREDIT MANAGEMENT VII,      Exp:
                LLC...INTEREST TO HSBC/GM           File #: 52213339
      Attorney: JUDGMENT RECOVERY PARTNERS  - JEFF
        Debtor: ALISHAYEV, ANDREW                   *Total Due:         .00
Special Remark:
 Seq#    Date   Text...........................:................... D Aty User
  21   4/16/24  C/F DEFT INQUIRING WHEN ACCNT WLD BE RELEASED..REF      RMEBONY
  22   4/16/24  TO ATTNY                                                RMEBONY
  23   4/30/24  .                                                       RMVILMAR
  24   4/30/24  .                                                       RMVILMAR
  25   4/30/24  CALLED CHASE BANK S/W ANDREA SHE ADV ME                 RMVILMAR
  26   4/30/24  $8,997.90 WAS MAILED OUT TO US ON 4/23/24               RMVILMAR
  27   4/30/24  Property Ex. 60 day extension has been requested.       COMPUTER
  28   5/01/24  REC'D LEVY $$..FWDD EMAIL 4/8/24 TO TYLER/ATY FOR       RMMH
  29   5/01/24  DIRECTIONS AS TO WHETHER WE SHLD KEEP $$ OR RETURN      RMMH
  30   5/01/24  CORRECTED CNSMR ADDRSS AS PER ECF AND SUPPORT DOCS      RMMH
=====area==cd= Phone#: ............. ext ..... / ............. ext .. Y =========
Next .... / .... / _____ <-Notify
Delete (D) .. Seq# .....                                                    Aty?

ENTER:Add   F1:More   F2:Page Down   F3:Back   F4:Payments   F5:First   F7:Cancel
```

```
Docket#: R 0001022246            CASE INFORMATION NOTES              PROPERTY
    Status: SATISFIED                    - SAT    Date:  5/01/24
 Creditor: HARVEST CREDIT MANAGEMENT VII,         Exp:
          LLC...INTEREST TO HSBC/GM              File #: 52213339
 Attorney: JUDGMENT RECOVERY PARTNERS   - JEFF
   Debtor: ALISHAYEV, ANDREW                    *Total Due:          .00
Special Remark: ............................................................
Seq#   Date    Text..............................:;............::..... D Aty User
 31  5/01/24 *** ADDRESS #1 CHANGED FROM :                                RMMH
 32  5/01/24               2513 TILDEN AVE                                RMMH
 33  5/01/24               #307                                           RMMH
 34  5/01/24               BROOKLYN           NY 11226                    RMMH
 35  5/01/24 SATISFIED                                                    RMSHANTI
 36  5/01/24 PER TYLER/ATY..REQUEST WE REMIT FUNDS TO THEIR OFC           RMMH
 37  5/01/24 FWDD EMAIL TO MGMNT                                          RMMH
 38  5/01/24 RELEASE TO BANK (ON REQUEST)                                 RMMH
 39  5/01/24 FAXED TO JPMC @ 5.49P                                        RMMH
 40  5/02/24 RETURN OF EXECUTION CERTIFICATE HAS BEEN PRINTED             COMPUTER
=====area==cd= Phone#: ............ ext ..... / ............. ext ... Y =========
 Next   /    /  _____   <-Notify
 Delete (D)    Seq# .....                                                     Aty?

ENTER:Add   F1:More   F2:Page Down   F3:Back   F4:Payments   F5:First   F7:Cancel
```

```
        Status: SATISFIED                   - SAT    Date:  5/01/24
       Creditor: HARVEST CREDIT MANAGEMENT VII,      Exp:
                 LLC...INTEREST TO HSBC/GM           File #: 52213339
       Attorney: JUDGMENT RECOVERY PARTNERS  - JEFF
         Debtor: ALISHAYEV, ANDREW                   *Total Due:       .00
Special Remark: ..............................................................
 Seq#   Date    Text.......................................:..... D Aty User
  41  5/29/24  RECD CALL FROM DEANNA NYC COURT HOUSE                   RMCR
  42  5/29/24  718-262-7100/ TOLD HER CASE PAID                        RMCR
  43  5/29/24  CLAIM SHE HAS CASE SAT                                  RMCR
  44  6/03/24  RECIEVED OSC DATED 062024...TO ATY                      RMRON




=====area==cd= Phone#: ............ ext ..... / .............. ext ... Y =========
Next     /    / _____           <-Notify
Delete (D)    Seq# .....                                                    Aty?

ENTER:Add   F1:More   F2:Page Down   F3:Back   F4:Payments   F5:First   F7:Cancel
```