

**RONALD MOSES**
**MARSHAL**
Badge No. 10
CITY OF NEW YORK
111 JOHN STREET, SUITE 500
NEW YORK, NY 10038

Phone: (212) 349-4303
Fax: (212) 349-4309

March 12, 2024

# LEVY AND FINAL DEMAND

JP MORGAN CHASE BANK COURT ORDERS & LEVIES
MC:LA4-7200 700 KANSAS LANE
MONROE LA 71203 4774

**JUDGMENT CREDITOR**

HARVEST CREDIT MANAGEMENT VII,
LLC...INTEREST TO HSBC/GM
VS
ALISHAYEV, ANDREW

**JUDGMENT DEBTOR**

GREETINGS:

Attached you will find a Property Execution with Notice To Garnishee. As directed under CPLR *5232(a)*, you are required to turn over to me all property of the judgment Debtor currently in your possession or custody, not to exceed the following amount:

| | |
|---|---|
| Judgment............ | $6,753.72 |
| Interest............ | $1,729.49 |
| Statutory Fees........ | $85.00 |
| Expense............ | $1.22 |
| Poundage............ | $428.47 |
| **TOTAL** | **$8,997.90** |

Should you have any questions, kindly contact my office:
Marshal's Docket No.: **R 102246**

Very truly yours,

**RONALD MOSES**
**Marshal City of New York**
**Badge No. 10**

---

**FOR BANK USE ONLY. Please checkmark account status:** ✓
☐ 1. An official check is enclosed and we have released the account
☐ 2. There is an account in the name of the judgment debtor as follows:
   Branch of account: _____   Phone No.: _____
   Account Number: _____   Balance: _____
☐ 3. Prior Lien(s)
☐ 4. No account or assets maintained at this office
☐ 5. The account of the judgment debtor was overdrawn
☐ 6. Former account(s) was closed on: _____
☐ 7. Joint account
☐ 8. No funds
Remarks: _____
Position held: _____  Phone No: _____  Branch of account: _____  Phone No.: _____