COUNTY OF QUEENS INDEX# **CV-013274-11/QU**

**Docket: R102246**

Judgment Creditor

**HARVEST CREDIT MANAGEMENT VII,
LLC...INTEREST TO HSBC/GM**

## EXEMPTION CLAIM FORM

vs

Judgment Debtor

**ALISHAYEV, ANDREW
2513 TILDEN AVE #307
BROOKLYN, NY 11226**

| NAME AND ADDRESS OF JUDGMENT CREDITOR OR ATTORNEY | NAME AND ADDRESS OF FINANCIAL INSTITUTION |
|---|---|
| ADDRESS A | ADDRESS B |
| JUDGEMENT RECOVERIES PARTNERS | JP MORGAN CHASE BANK |
| SUITE 655 | COURT ORDERS & LEVIES |
| 5737 KANAN ROAD | MC:LA4-7200 700 KANSAS LANE |
| AGOURA HILLS, CA 91301 | MONROE, LA 71203 |

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to ADDRESS A and one form to ADDRESS B within twenty days of the date on the envelope holding this notice. *****If you have any documents such as an award letter, an annual statement from your pension, paystubs, copies of checks or bank records showing the last two months of account activity, include copies of the documents with this form. Your account may be released more quickly.

I state that my account contains the following type(s) of funds (check all that apply):

_____ Social Security
_____ Social Security disability (SSD)
_____ Supplemental security income (SSI)
_____ Public assistance
_____ Wages while receiving SSI or public assistance
_____ Veterans benefits
_____ Unemployment insurance
_____ Payments from pensions and retirement accounts
_____ Income earned in last 60 days (90% of which is exempt)
_____ Child support
_____ Spousal support or maintenance (alimony)
_____ Workers' compensation benefits
_____ Railroad retirement or Black lung benefits
_____ Covid-19 stimulus relief for individuals & families with children
_____ Other (describe exemption)_____

I request that any correspondence to me my claim be sent to
The following address:_____

## (FILL IN YOUR COMPLETE ADDRESS)

I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

_____          _____
DATE                             SIGNATURE OF JUDGMENT DEBTOR

CIVIL COURT OF THE CITY OF NEW YORK
**COUNTY OF QUEENS** INDEX# **CV-013274-11/QU**

**Docket: R102246**

Judgment Creditor

**HARVEST CREDIT MANAGEMENT VII,
LLC...INTEREST TO HSBC/GM**

**EXEMPTION CLAIM FORM**

vs

Judgment Debtor

**ALISHAYEV, ANDREW
2513 TILDEN AVE #307
BROOKLYN, NY 11226**

NAME AND ADDRESS OF JUDGMENT
CREDITOR OR ATTORNEY
ADDRESS A
  JUDGEMENT RECOVERIES PARTNERS
  SUITE 655
  5737 KANAN ROAD
  AGOURA HILLS, CA 91301

NAME AND ADDRESS OF
FINANCIAL INSTITUTION
ADDRESS B
  JP MORGAN CHASE BANK
  COURT ORDERS & LEVIES
  MC:LA4-7200 700 KANSAS LANE
  MONROE, LA 71203

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to ADDRESS A and one form to ADDRESS B within twenty days of the date on the envelope holding this notice. *****If you have any documents such as an award letter, an annual statement from your pension, paystubs, copies of checks or bank records showing the last two months of account activity, include copies of the documents with this form. Your account may be released more quickly.

    I state that my account contains the following type(s) of funds (check all that apply):

_____ Social Security
_____ Social Security disability (SSD)
_____ Supplemental security income (SSI)
_____ Public assistance
_____ Wages while receiving SSI or public assistance
_____ Veterans benefits
_____ Unemployment insurance
_____ Payments from pensions and retirement accounts
_____ Income earned in last 60 days (90% of which is exempt)
_____ Child support
_____ Spousal support or maintenance (alimony)
_____ Workers' compensation benefits
_____ Railroad retirement or Black lung benefits
_____ Covid-19 stimulus relief for individuals & families with children
_____ Other (describe exemption)_____
I request that any correspondence to me my claim be sent to
The following address:_____

## (FILL IN YOUR COMPLETE ADDRESS)

    I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

_____          _____
DATE                                       SIGNATURE OF JUDGMENT DEBTOR