04/04/24

Fax #
1-866-699-0618

Coversheet
Index #
CV013274110u

Case ID
COAL-20MAR24-3632

R 102246
ANDREY ALISHAYEV
4568 MANHATTAN College Parkway 1J
BRONX NY 10471
SS#

PHONE #

RECEIVED

APR 10 2024

Office of General Counsel
[illegible]

R102246

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS INDEX# CV-013274-11/QU

Docket: R102246

Judgment Creditor
HARVEST CREDIT MANAGEMENT VII,
LLC...INTEREST TO HSBC/GM

**EXEMPTION CLAIM FORM**

vs

Judgment Debtor
ALISHAYEV, ANDREW
2513 TILDEN AVE #307
BROOKLYN, NY 11226

NAME AND ADDRESS OF JUDGMENT
CREDITOR OR ATTORNEY
**ADDRESS A**
JUDGEMENT RECOVERIES PARTNERS
SUITE 655
5737 KANAN ROAD
AGOURA HILLS, CA 91301

NAME AND ADDRESS OF
FINANCIAL INSTITUTION
**ADDRESS B**
JP MORGAN CHASE BANK
COURT ORDERS & LEVIES
MC:LA4-7200 700 KANSAS LANE
MONROE, LA 71203

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to ADDRESS A and one form to ADDRESS B within twenty days of the date on the envelope holding this notice. *****If you have any documents such as an award letter, an annual statement from your pension, paystubs, copies of checks or bank records showing the last two months of account activity, include copies of the documents with this form. Your account may be released more quickly.

I state that my account contains the following type(s) of funds (check all that apply):

___ Social Security
✓ Social Security disability (SSD)
___ Supplemental security Income (SSI)
___ Public assistance
___ Wages while receiving SSI or public assistance
___ Veterans benefits
___ Unemployment insurance
___ Payments from pensions and retirement accounts
___ Income earned in last 60 days (90% of which is exempt)
___ Child support
___ Spousal support or maintenance (alimony)
___ Workers' compensation benefits
___ Railroad retirement or Black lung benefits
___ Covid-19 stimulus relief for individuals & families with children
___ Other (describe exemption)_____

RECEIVED
APR 09 2024
Office of City Marshal
Ronald Moses

I request that any correspondence to me my claim be sent to
The following address: 4501 MANHATTAN College Parkway 1J
BRONX NY 10471

(FILL IN YOUR COMPLETE ADDRESS)

I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

4/4/24
DATE

_[signature]_
SIGNATURE OF JUDGMENT DEBTOR

# Social Security Administration
## Benefit Verification Letter

Date: March 26, 2024
BNC#: 24KK338K96997
REF: A, DI

ANDREY ALISHAYEV
4568 MANHATTAN COLLEGE
PKWY
APT 1J
BRONX NY 10471-4042

RECEIVED

APR 03 2024

Office of City Marshal
Ronald Moses

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

### Information About Current Social Security Benefits

Beginning December 2023, the full monthly Social Security benefit before any deductions is $1,853.70.

We deduct $174.70 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,679.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on August 21, 2011.

### Information About Past Social Security Benefits

From December 2022 to November 2023, the full monthly Social Security benefit before any deductions was $1,796.30.

We deducted $164.90 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,631.00.
(We must round down to the whole dollar.)

### Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

See Next Page

24KK338K96997                                                    Page 2 of 2

## Medicare Information

You are entitled to hospital insurance under Medicare beginning April 2020.

You are entitled to medical insurance under Medicare beginning April 2020.

Your Medicare number is 4RU2F12QA24. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

## Date of Birth Information

The date of birth shown on our records is April 4, 1983.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

### Need more help?

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-877-619-2852**.

        SOCIAL SECURITY
        2ND FLOOR
        2501 GRAND CONCOURSE
        BRONX NY 10468

How are we doing? Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

December 28, 2023 through January 26, 2024
Account Number: ▮▮▮▮8129

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00388917 DRE 802 216 02724 NNNNNNNNNNN 1 000000000 18 0000
ANDREY ALISHAYEV
2513 TILDEN AVE APT 307
BROOKLYN NY 11226-5015

RECEIVED

APR 0 0 2024

Office of ▮▮▮▮
R▮▮▮▮



## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $32,504.55 |
| Deposits and Additions | 1,679.00 |
| ATM & Debit Card Withdrawals | -259.10 |
| Electronic Withdrawals | -55.54 |
| Ending Balance | $33,868.91 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $32,504.55 |
| 01/02 | Capital One    Mobile Pmt 3Wph67Mpnvpkb7! Web ID: 9279744380 | -43.94 | 32,460.61 |
| 01/03 | SSA  Treas 310   Xxsoc Sec       PPD ID: 9031736039 | 1,679.00 | 34,139.61 |
| 01/03 | Card Purchase       01/02 Aspire Mastercard 855-802-5572 GA Card 6396 | -4.45 | 34,135.16 |
| 01/03 | Card Purchase       01/03 Opc*Avant 800-712-5407 IL Card 6396 | -6.80 | 34,128.36 |
| 01/03 | Merrick Bank     Onlinepymt 240020873567424 Web ID: 9000002935 | -5.80 | 34,122.56 |
| 01/03 | Discover       E-Payment  6624       Web ID: 2510020270 | -5.80 | 34,116.76 |
| 01/23 | Card Purchase       01/23 Amzn Mktp US*R01Wc8V Amzn.Com/Bill WA Card 6396 | -247.85 | 33,868.91 |
| | Ending Balance | | $33,868.91 |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
(Your total electronic deposits this period were $1,679.00. Note: some deposits may be listed on your previous statement)

- **OR,** keep a balance at the beginning of each day of $1,500.00 or more in this account.
(Your lowest beginning day balance was $32,460.61)

- **OR,** keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.
(Your average beginning day balance of qualifying linked deposits and investments was $33,714.32)

Page 1 of 2

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 28, 2024 through March 26, 2024

Account Number: ▇▇▇▇▇▇▇ 8129

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00586858 DRE 802 219 03724 NNNNNNNNNNN 1 000000000 18 0000
ANDREY ALISHAYEV
4568 MANHATTAN COLLEGE PKWY APT 1J
BRONX NY 10471-4042



## Introducing Paze℠ — an easy and secure way to check out online with Chase debit and credit cards

We'll soon include qualifying Chase debit and credit cards in Paze, a new digital bank wallet used at checkout with participating online businesses, where your card number will never be shared.

Please visit the Paze FAQs at chase.com/paze for more information, including details on eligibility, how Paze works and what to do if you don't want to participate. We'll notify you when your Chase card(s) is ready to use with Paze.

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $33,853.51 |
| Deposits and Additions | 1,679.00 |
| Checks Paid | -9,800.00 |
| ATM & Debit Card Withdrawals | -107.64 |
| Electronic Withdrawals | -612.93 |
| Fees | -103.00 |
| Ending Balance | $24,908.94 |

RECEIVED
APR 03 2024
Office of C...
R...

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 6604 ^ | 03/08 | $800.00 |
| 6605 ^ | 03/20 | 9,000.00 |
| **Total Checks Paid** | | **$9,800.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

February 28, 2024 through March 26, 2024
Account Number: ████████8129

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Español: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00586868 DRE 802 219 08724 NNNNNNNNNNN 1 000000000 18 0000
ANDREY ALISHAYEV
4568 MANHATTAN COLLEGE PKWY APT 1J
BRONX NY 10471-4042

## Introducing Paze℠ — an easy and secure way to check out online with Chase debit and credit cards

We'll soon include qualifying Chase debit and credit cards in Paze, a new digital bank wallet used at checkout with participating online businesses, where your card number will never be shared.

Please visit the Paze FAQs at chase.com/paze for more information, including details on eligibility, how Paze works and what to do if you don't want to participate. We'll notify you when your Chase card(s) is ready to use with Paze.

## CHECKING SUMMARY  Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $33,853.51 |
| Deposits and Additions | 1,679.00 |
| Checks Paid | -9,800.00 |
| ATM & Debit Card Withdrawals | -107.64 |
| Electronic Withdrawals | -612.93 |
| Fees | -103.00 |
| Ending Balance | $24,908.94 |

RECEIVED
APR ░ ░ 2024
Office of the ░░░ ░░░
░░░ ░░░░░░░

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 6604 ^ | 03/08 | $800.00 |
| 6605 ^ | 03/20 | 9,000.00 |
| Total Checks Paid | | $9,800.00 |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.
^ An image of this check may be available for you to view on Chase.com.

Page 1 of 2

# CHASE ◯

February 28, 2024 through March 26, 2024
Account Number: ████████8129

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---:|---:|
| | Beginning Balance | | $33,853.51 |
| 03/01 | SSA Treas 310   Xxsoc Sec       PPD ID: 9031736026 | 1,679.00 | 35,532.51 |
| 03/04 | Card Purchase       03/03 Aspire Mastercard 855-802-5572 GA Card 6396 | -10.00 | 35,522.51 |
| 03/04 | American Express ACH Pmt   W9922       Web ID: 2005032111 | -2.90 | 35,519.61 |
| 03/04 | Capital One     Mobile Pmt 3X2D0Zojvoz0Se6 Web ID: 9279744380 | -107.83 | 35,411.78 |
| 03/04 | Counter Check | -3.00 | 35,408.78 |
| 03/05 | Card Purchase       03/05 Opc*Avant 800-712-5407 IL Card 6396 | -97.64 | 35,311.14 |
| 03/05 | Merrick Bank     Onlinepymt 240640383906981 Web ID: 9000002985 | -54.65 | 35,256.49 |
| 03/05 | Discover       E-Payment  6624       Web ID: 2510020270 | -39.12 | 35,217.37 |
| 03/05 | Mission Lane LLC EDI Pymnts Ppkmnnpoe16Deoe Web ID: 3832674981 | -28.97 | 35,188.40 |
| 03/05 | Cardmember Serv  Web Pymt   ************7438 Web ID: 5911111111 | -370.76 | 34,817.64 |
| 03/06 | TD Bank     Payment   Andrey Al'shaye Web ID: 8222486057 | -5.80 | 34,811.84 |
| 03/06 | Comenity Pay Io  Web Pymt   P24065296632191 Web ID: 1651180275 | -2.90 | 34,808.94 |
| 03/08 | Check       # 6604 | -800.00 | 34,008.94 |
| 03/20 | Check       # 6605 | -9,000.00 | 25,008.94 |
| 03/25 | Legal Processing Fee | -100.00 | 24,908.94 |
| | Ending Balance | | $24,908.94 |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
  (Your total electronic deposits this period were $1,679.00. Note: some deposits may be listed on your previous statement)

- **OR,** keep a balance at the beginning of each day of $1,500.00 or more in this account.
  (Your lowest beginning day balance was $25,008.94)

- **OR,** keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.
  (Your average beginning day balance of qualifying linked deposits and investments was $32,359.40)

RECEIVED
APR [illegible]
C[illegible]

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For business accounts, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC