



March 27, 2024 through April 24, 2024

Account Number: ████████8129

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---:|---:|
| | Beginning Balance | | $24,908.94 |
| 04/01 | ███████████████████████████ | -4.30 | 24,904.64 |
| 04/03 | SSA Treas 310  Xxsoc Sec   PPD ID: 9031736026 | 1,679.00 | 26,583.64 |
| 04/03 | ███████████████████████████ | -25.00 | 26,558.64 |
| 04/04 | ███████████████████████████ | -2.90 | 26,555.74 |
| 04/04 | ███████████████████████████ | -420.00 | 26,135.74 |
| 04/04 | ███████████████████████████ | -23.30 | 26,112.44 |
| 04/05 | ███████████████████████████ | -15.32 | 26,097.12 |
| 04/05 | ███████████████████████████ | -15.01 | 26,082.11 |
| 04/23 | Coal-20Mar24-3632 | -8,997.90 | 17,084.21 |
| | Ending Balance | | $17,084.21 |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow$^{SM}$ network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
  (Your total electronic deposits this period were $1,679.00. Note: some deposits may be listed on your previous statement)

- **OR**, keep a balance at the beginning of each day of $1,500.00 or more in this account.
  (Your lowest beginning day balance was $24,904.64)

- **OR**, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.
  (Your average beginning day balance of qualifying linked deposits and investments was $25,465.38)

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC