**marie@marshalmoses.com**

| | |
|---|---|
| **From:** | Tyler Umans <tyler@judgmentrecoverypartners.com> |
| **Sent:** | Wednesday, May 1, 2024 4:48 PM |
| **To:** | marie@marshalmoses.com |
| **Cc:** | ira@marshalmoses.com |
| **Subject:** | Re: FW: R 000102246 ALISHAYEV, ANDREW |

Please remit funds to our office on this case.

Tyler Umans
Judgment Recovery Partners
82 Nassau Street, #9002
New York, NY 10038
Phone: (646) 494-5960
www.JudgmentRecoveryPartners.com

--

NOTICE: Under the FDCPA we are required to inform you that this communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

On Wed, May 1, 2024 at 7:30 AM <marie@marshalmoses.com> wrote:

Good morning Tyler,

Please be advised that we received full levy amount $8997.90 today from JPMC.

Should we keep $$ or return to the Consumer due to ECF?

1

**Marie Higgins**

**Office of City Marshal Ronald Moses**

**111 John St**

**Suite 500**

**New York, NY 10038**

**Tel: (212) 349-4303**

**Fax: (212) 349-4309**

**Dir: (212) 266-6035**

**Email: marie@marshalmoses.com**



"Life is like riding a bicycle. To keep your balance, you must keep moving" – **Albert Einstein**

**From:** marie@marshalmoses.com <marie@marshalmoses.com>
**Sent:** Monday, April 8, 2024 4:05 PM
**To:** 'Tyler Umans' <tyler@judgmentrecoverypartners.com>
**Subject:** R 000102246 ALISHAYEV, ANDREW

Good Afternoon,

Please find attached Exemption Claim Form with supporting documents as attached which we received from the Consumer, for your perusal and await your further advices, in respect of the above subject matter.

2

Kind Regards,

*Marie*

*City Marshal, Ronal Moses*

*Tel: (212) 266-6035*

*Fax: (212) 349-4309*