CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------X
HARVEST CREDIT MANAGEMENT VII,LLC AS SUCCESSOR IN INTEREST TO HSBC/GM

Index: CV-013274-11/QU

Plaintiff,

- against -

**SATISFACTION OF JUDGMENT**

ANDREW ALISHAYEV
2513 TILDEN AVE # 307, BROOKLYN,
NY, 11226

Defendant.
-----------------------------------------------------------X

**WHEREAS**, a judgment was entered in the above entitled action on 6/13/2011, in the CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF QUEENS, in favor of Plaintiff, HARVEST CREDIT MANAGEMENT VII,LLC AS SUCCESSOR IN INTEREST TO HSBC/GM and against Defendant, ANDREW ALISHAYEV for the sum of $6,753.72, and said judgment has been FULLY paid and the sum of $ 0.00 remains unpaid;

AND it is certified that there are no outstanding executions with any Sheriff or Marshal within the State of New York,

**THEREFORE, FULL AND COMPLETE** satisfaction of said judgment is hereby acknowledged, and the said Clerks are hereby authorized and directed to make an entry of FULL AND COMPLETE satisfaction on the docket of said judgment.

Facsimile signatures shall be deemed as originals.

Dated: New York, New York
       May 1, 2024

Westi Martin
*Authorized Representative*
HARVEST CREDIT MANAGEMENT VII,LLC AS SUCCESSOR IN INTEREST TO HSBC/GM