**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ANDREY ALISHAYEV,** § <br> Plaintiff § <br> v. § <br> **JUDGMENT RECOVERY PARTNERS** § <br> **LLC, TYLER UMANS, JAMES W.** § <br> **OLSEN, and RIVER HEIGHTS** § <br> **CAPITAL, LLC,** § <br> § <br> Defendants. | Case No.: 1:25-cv-02075-MMG-RWL |

## PLAINTIFF'S FIRST NOTICE OF DEPOSITION

Plaintiff, ANDREY ALISHAYEV, serves the above referenced discovery instrument to the above referenced parties by and through said party's counsel as indicated in the certificate of service below.

    Respectfully submitted,
    /s/
    Ahmad Keshavarz

*Attorneys for Plaintiff Andrey Alishayev*
The Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900
Fax: (877) 496-7809
Email: ahmad@NewYorkConsumerAttorney.com

## C E R T I F I C A T E   O F   S E R V I C E

I hereby certify that on this day I served the above referenced document to the parties listed below via email to:

*Attorneys for Defendants Judgment Recovery Partners LLC, Tyler Umans, and James W. Olsen*

    By and through their attorneys of record
    Joseph Oliva
    Matthew S. Marrone
    Goldberg Segalla
    joliva@goldbergsegalla.com
    mmarrone@goldbergsegalla.com

Date:  October 15, 2025
      Brooklyn, NY

/s/
Ahmad Keshavarz
*Attorney for Plaintiff*

### Fed.R.Civ.P. 30(b)(1) NOTICE OF DEPOSITION TO TYLER UMANS

Please take notice that, pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiff will take the oral deposition of **TYLER UMANS. The deposition will be held on a date and time to be agreed upon by counsel for the parties in writing within 7 days of the date of this notice or, if no agreement is reached, then on November 18, 2025 at 11:00 AM by the videoconferencing program Zoom or a similar videoconferencing program.** The deposition will be recorded stenographically before a court reporter and will be videotaped.

### Fed. R. Civ. P. 30(b)(1) NOTICE OF DEPOSITION OF CHARLES BROWN

PLEASE TAKE NOTICE THAT pursuant to FRCP 30(b)(1) Plaintiff will take the deposition of CHARLES BROWN. **The deposition will be held on a date and time to be agreed upon by counsel for the parties in writing within 7 days of the date of this notice or, if no agreement is reached, then on November 20, 2025 at 11:00 AM by the videoconferencing program Zoom or a similar videoconferencing program.** The deposition will be recorded stenographically before a court reporter and will be videotaped.

### Fed. R. Civ. P. 30(b)(1) NOTICE OF DEPOSITION OF JAMES W. OLSEN

PLEASE TAKE NOTICE THAT pursuant to FRCP 30(b)(1) Plaintiff will take the deposition of JAMES W. OLSEN. **The deposition will be held on a date and time to be agreed upon by counsel for the parties in writing within 7 days of the date of this notice or, if no agreement is reached, then on November 21, 2025 at 11:00 AM by the videoconferencing program Zoom or a similar videoconferencing program.** The deposition will be recorded stenographically before a court reporter and will be videotaped.

Last saved: 10/15/2025 3:26 PM