**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **ANDREY ALISHAYEV,** | § | |
| **Plaintiff** | § | **Case No.:  1:25-cv-02075-MMG-RWL** |
| **v.** | § | |
| **JUDGMENT RECOVERY PARTNERS** | § | |
| **LLC, TYLER UMANS, and JAMES W.** | § | |
| **OLSEN,** | § | |
| | § | |
| | § | |
| **Defendants.** | | |

### PLAINTIFF'S SECOND NOTICE OF DEPOSITION

Plaintiff ANDREY ALISHAYEV serves the above-referenced discovery instrument to the above-referenced parties by and through said parties' counsel as indicated in the certificate of service below.

Respectfully submitted,
/s/
Ahmad Keshavarz

*Attorneys for Plaintiff Andrey Alishayev*
The Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900
Fax: (877) 496-7809
Email: ahmad@NewYorkConsumerAttorney.com

### C E R T I F I C A T E   O F   S E R V I C E

I hereby certify that on this day I served the above referenced document to the parties listed below via email to:

*Attorneys for Defendants Judgment Recovery Partners LLC, Tyler Umans, and James W. Olsen*

By and through their attorneys of record
Joseph Oliva
Matthew S. Marrone
Goldberg Segalla
joliva@goldbergsegalla.com
mmarrone@goldbergsegalla.com

1

Date:  December 16, 2025
        Brooklyn, NY
/s/
Ahmad Keshavarz
*Attorney for Plaintiff*

## Fed.R.Civ.P. 30(b)(1) NOTICE OF DEPOSITION TO
## TYLER UMANS

Please take notice that, pursuant to Federal Rule of Civil Procedure 30(b)(1), Plaintiff will take the oral deposition of **TYLER UMANS. The deposition will be held on a date and time to be agreed upon by counsel for the parties in writing within 7 days of the date of this notice or, if no agreement is reached, then on January 14, 2025 at 11:00 AM by the videoconferencing program Zoom or a similar videoconferencing program.** The deposition will be recorded stenographically before a court reporter and will be videotaped.

## Fed. R. Civ. P. 30(b)(1) NOTICE OF DEPOSITION OF CHARLES BROWN

Please take notice that, pursuant to Federal Rule of Civil Procedure 30(b)(1), Plaintiff will take the deposition of **CHARLES BROWN. The deposition will be held on a date and time to be agreed upon by counsel for the parties in writing within 7 days of the date of this notice or, if no agreement is reached, then on January 16, 2025 at 11:00 AM by the videoconferencing program Zoom or a similar videoconferencing program.** The deposition will be recorded stenographically before a court reporter and will be videotaped.

## Fed. R. Civ. P. 30(b)(1) NOTICE OF DEPOSITION OF JAMES W. OLSEN

Please take notice that, pursuant to Federal Rule of Civil Procedure 30(b)(1), Plaintiff will take the deposition of **JAMES W. OLSEN. The deposition will be held on a date and time to be agreed upon by counsel for the parties in writing within 7 days of the date of this notice or, if no agreement is reached, then on January 16, 2025 at 2:30 PM by the videoconferencing program Zoom or a similar videoconferencing program.** The deposition will be recorded stenographically before a court reporter and will be videotaped.

Last saved: 12/16/2025 1:19 PM