## UNITED STATES DISTRICT COURT
## SOUTHER DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREY ALISHAYEV, | : |
| Plaintiff, | : |
| vs. | : |
| JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, JAMES W. OLSEN, AND RIVER HEIGHTS CAPITAL, LLC, | : |
| Defendants. | : |

CIVIL ACTION
No. 1:25-cv-02075-MMG-RWL

## DISCLOSURES OF DEFENDANTS JUDGMENT RECOVERY PARTNERS, LLC, TYLER UMANS, AND JAMES W. OLSEN PURSUANT TO RULE 26(a)(1)

Defendants, Judgment Recovery Partners, LLC (hereinafter "JRP"), Tyler Umans, and James W. Olsen (collectively "Responding Defendants"), by and through their undersigned counsel, provide the following disclosures in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedures.

A.    The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

**RESPONSE:**

**Andrey Alishayev**

**Tyler Umans**

**James W. Olsen**

**Charles Brown**

**In addition to the above: Any and all persons identified in Plaintiff's Rule 26 Disclosures and/or discovery responses; Any and all persons to be identified in records and/or reports produced during discovery; and any and all other persons to be revealed during discovery.**

B.    A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

**RESPONSE:  Responding Defendants are in possession of electronically stored information related to the collection of the debt and the levy, which will be produced.**

**Responding Defendants reserve the right to rely upon additional documents, electronically stored information and tangible things that are identified during continuing discovery.**

C.    A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE: Not applicable to Responding Defendants.**

D.    For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE: Responding Defendants have coverage under a policy of insurance issued by Hiscox Insurance or a subsidiary/affiliate company.  Proof of coverage will be supplied.**

**GOLDBERG SEGALLA LLP**

Date: November 3, 2025

*/s/ Matthew S. Marrone*
Matthew S. Marrone, Esquire
711 Third Avenue, Suite 1900
New York, NY  10017
*Attorneys for Defendants*
*Judgment Recovery Partners, LLC,*
*Tyler Umans and James W. Olsen*