| | |
|---|---|
| **From:** | Ahmad Keshavarz |
| **Sent:** | Tuesday, December 16, 2025 8:00 PM |
| **To:** | Marrone, Matthew S.; Oliva, Joseph A. (Joe) |
| **Cc:** | Kevin Gartland |
| **Subject:** | RE: Alishayev v. Judgment Recovery Partners et al. - FOLLOW UP |

Sorry, one more thing

15. There is an entry, "On 01/15/24: Validated case via court website.-WM."  Who is WM? If not a person what does it stand for?

---

**From:** Ahmad Keshavarz
**Sent:** Tuesday, December 16, 2025 7:58 PM
**To:** Marrone, Matthew S.; Oliva, Joseph A. (Joe)
**Cc:** Kevin Gartland
**Subject:** FW: Alishayev v. Judgment Recovery Partners et al. - FOLLOW UP

A few other things.

1. Please have client provide all screen shots from their collection software.
2. The document references other documents, none of which have been produced, e.g. "Document Generated: 2025 PX," "Generated: 2025 - AOJ – Unifund", "Document Generated: Robinhood Subpoena w/ Stamp," "Document Generated: Restraint Release", "Document Generated: 2025 – CCA"
3. If there are electronic documents (such as this "Restraint Release") please provide it in its native format preserving the meta data (eg "date created", date modified)
4. Apparently they use Simplicity cloud based collection software (they use the term "Simplicity Service").  Please provide the information there.
5. There have been no documents produced other thank the attached.
6. There are numerous codes and abbreviations I would request to be defining (eg "AOJ/CCA".)
7. What is the name of the service provider that does the audio recordings, or is recorded in-house.
8. Defendants still have not served their discovery answers.
9. It appears the defendants are refusing to produce their emails, and in the native format, by stating that we have attached emails to the complaint or that we must have them. That is precisely contrary to our so ordered scheduling order.
10. What is the name of the person identified as "jrp3." Please provide last known contact information.
11. As I indicated in my email below, "I have seen screen shots from dozens of collection programs over the years. This is not it. It is a copy and paste of some information that may be on one of the computer screens and put into a spreadsheet, but these are not the screen shots of collection software."

12. Please confirm your clients attendance at deposition in January.  We have served our deposition notice.

13. I would note that nothing in the attached document references emails.

14. I have not received a call from you yet. When will you be calling?



**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

---

**From:** Ahmad Keshavarz
**Sent:** Tuesday, December 16, 2025 3:18 PM
**To:** Oliva, Joseph A. (Joe); Marrone, Matthew S.
**Cc:** Kevin Gartland
**Subject:** FW: Alishayev v. Judgment Recovery Partners et al. - FOLLOW UP

Matt,

Thanks for this.

I have seen screen shots from dozens of collection programs over the years. This is not it. It is a copy and paste of some information that may be on one of the computer screens and put into a spreadsheet, but these are not the screen shots of collection software.

Will he provide that?

As to contact information please ask for phone numbers/email addresses as well, in addition to home address.



**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

---

**From:** Marrone, Matthew S. [mailto:mmarrone@goldbergsegalla.com]
**Sent:** Tuesday, December 16, 2025 3:11 PM
**To:** Ahmad Keshavarz
**Cc:** Oliva, Joseph A. (Joe); Kevin Gartland
**Subject:** RE: Alishayev v. Judgment Recovery Partners et al. - FOLLOW UP

Ahmad:

I've attached the account system notes that were provided to me by Tyler Umans. You have the emails that your client sent on April 4, 2024, which is attached to the complaint as Exhibit "N", and the one sent by the Marshal's Office on April 8, 2024, attached as Exhibit "P".

The complaint (paragraphs 54 and 55) refer to additional emails, which I assume your client has.

Mr. Umans is still communicating with JRP's phone service provider to determine if call recordings exist for the relevant period of time reflected on the attached account notes (i.e., April 2024), and if so, how they can be accessed. Mr. Umans thinks that JRP did record calls at one point in time, but he is not sure if that practice was still in effect as of April 2024. I'm inferring that the delay on this issue is coming from the phone service provider.

The person who spoke with your client – who is identified as "jrp3" on the attached notes, and used the email address of charles@judgmentrecoverypartners.com – is no longer employed by JRP and my understanding is that Mr. Umans has not been in contact with him for some time. I've asked Mr. Umans for last known contact information.

I will call you shortly to further discuss.

Regards,
Matt

## Matthew S. Marrone, Esq.
Partner
*Admitted in PA and NJ*

**DIRECT** 267.519.6851 | **CELL** 215.601.5241
**EMAIL** mmarrone@goldbergsegalla.com | website bio | goldbergsegalla.com

1700 Market Street, Suite 3232, Philadelphia, PA 19103-3907
**FAX** 267.519.6801

1037 Raymond Boulevard, Suite 1010, Newark, NJ 07102-5423
**OFFICE** 973.681.7000 | **FAX** 973.681.7101

**GOLDBERGSEGALLA**
CALIFORNIA | CONNECTICUT  DELAWARE | FLORIDA | ILLINOIS | MARYLAND
MISSOURI | NEW JERSEY  NEW YORK | NORTH CAROLINA | PENNSYLVANIA

Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.

**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Sent:** Tuesday, December 16, 2025 12:53 PM
**To:** Marrone, Matthew S. <mmarrone@goldbergsegalla.com>
**Cc:** Oliva, Joseph A. (Joe) <joliva@goldbergsegalla.com>; Kevin Gartland <kevin@newyorkconsumerattorney.com>
**Subject:** RE: Alishayev v. Judgment Recovery Partners et al. - FOLLOW UP

Matt,

Just left you another voicemail. Please call me back.

As we discussed last month, I think the best way to proceed is to file an application to hold your clients in contempt for not complying with agreed order to provide emails and audio recordings; and sanctions for not appearing at deposition and them not getting back to you for dates they would appear, and for them not answering discovery. I would be hard pressed to think of having moved for sanctions in federal court in the last 25 years, much less contempt, but I do not see having an alternative under circumstance.

I understand this is coming from your client and not you, but we need to get your client to focus, and this seems to be the only thing I can do in that regard. Also, if Mr. Umans is being difficult, Mr. Olsen is also a defendant in this case and he could answer discovery and sit for deposition. As to the witness Charles Brown, who is who spoke with my client, I have been waiting for you to get back to me if notice to you is sufficient to compel his attendance or if I need to subpoena him. If the later please provide me his home address so I can get a process server to have him formally served.

Even if the issue is getting Mr. Umans to be responsive to you, I also need to speak with you to confer again as to the relief requested, and not returning my calls or calling in response to emails not helpful.

I also need to re-set depositions for your clients. I understand January dates may be bad for you because you will be on standby for trial and you cannot know if you will be called. I will work with you on attorney scheduling. But I do want to get a deposition notice set because if the problem is that your clients won't get back to you to commit to having their depositions taken at some date in January then that is an issue that needs to be raised with the judge.

Please give me a call. My cell is (347) 308-4859.

I should be free all day except from 2:00 to 2:30.

If I do not get a call back from you (or your co-counsel) by the end of the I will inform the court of my attempts to confer via phone, in addition to our prior call, in my certificate of conference for contempt and sanctions as you your clients

Thanks.



**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

---

**From:** Ahmad Keshavarz
**Sent:** Monday, December 15, 2025 1:21 PM
**To:** Matthew S. Marrone
**Cc:** Joseph A. Oliva; Kevin Gartland
**Subject:** RE: Alishayev v. Judgment Recovery Partners et al. - FOLLOW UP

Matt,

Circling around on this again. Where are we on these items?

Ahmad



**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

---

**From:** Ahmad Keshavarz
**Sent:** Friday, December 12, 2025 9:04 AM
**To:** Matthew S. Marrone
**Cc:** Joseph A. Oliva; Kevin Gartland
**Subject:** Re: Alishayev v. Judgment Recovery Partners et al. - FOLLOW UP

Circling around on this.  Can you forward documents, recordings, emails etc and discovery answers, and deposition dates.

If I need to subpoena Charles Brown please provide me home and work information.

Thanks.

**Ahmad Keshavarz**

On Dec 5, 2025, at 10:43 AM, Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

Matt,

Just left you a message. Please give me a call. Want to discuss the discovery issues and the claims adjuster. Thanks.



**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

**From:** Kevin Gartland
**Sent:** Wednesday, December 3, 2025 11:16 AM
**To:** mmarrone@goldbergsegalla.com; joliva@goldbergsegalla.com
**Cc:** Ahmad Keshavarz
**Subject:** Alishayev v. Judgment Recovery Partners et al.

Hi – is there an update on the progress of Defendants' production of discovery?
Best,
Kevin Gartland
Associate
(Licensed in NJ, admission pending in NY)

<image001.png>

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: kevin@NewYorkConsumerAttorney.com