

Matthew S. Marrone | Partner
Direct 267.519.6851 | mmarrone@goldbergsegalla.com

January 15, 2026

**VIA ECF**
Hon. Margaret M. Garnett, U.S.D.J.
United States District Court, S.D.N.Y.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 906
New York, NY 10007

      Re:    **Alishayev v. Judgment Recovery Partners LLC et al**
              **Case No.: 1:25-cv-2075-MMG**
              **Our File No. 7854.0142**

Dear Judge Garnett:

      We represent Defendants Judgment Recovery Partners, LLC, Tyler Umans, and James W. Olsen in this action. We write to supplement the letter we filed under ECF Doc. No. 47. We note that Plaintiff technically provided responses at 11:55 pm last night, but has objected to or not yet supplied most of the information we seek.

      We look forward to further discussing this matter with Court today.

                    Respectfully submitted,

                    **GOLDBERG SEGALLA LLP**

                    Matthew S. Marrone

**Please send mail to our scanning center at:**

**OFFICE LOCATION** 711 3rd Avenue, Suite 1900, New York, NY 10017-4013 | **PHONE** 646-292-8700 | **FAX** 267-519-6801 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA