UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

ANDREY ALISHAYEV,

                                    Index No. 1:25-cv-02075-MMG

            Plaintiff,

v.

JUDGMENT RECOVERY PARTNERS LLC,
TYLER UMANS,
JAMES W. OLSEN, and
RIVER HEIGHTS CAPITAL, LLC,

           Defendants.

-------------------------------------------------------------x

### AGREED ORDER OF DISMISSAL OF RIVER HEIGHTS CAPITAL, LLC *ONLY*

Plaintiff, ANDREY ALISHAYEV, hereby voluntarily dismisses this action against Defendant RIVER HEIGHTS CAPITAL, LLC **with** prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii).

Plaintiff ANDREY ALISHAYEV and Defendant RIVER HEIGHTS CAPITAL, LLC, request that the Court retain jurisdiction to enforce the terms of the settlement between them. This Order of Dismissal does not prejudice Plaintiff's rights as to the remaining Defendants, JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, and JAMES W. OLSEN.

An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

SO ORDERED   Dated: January 15, 2026.

_____
Hon. Margaret M. Garnett
District Judge

4

**AGREED BY:**

Plaintiff ANDREY ALISHAYEV

By: _____　　　　　　9/16/2025
　　　Ahmad Keshavarz　　　　　　　　　　　　　　Date
　　　The Law Office of Ahmad

**AGREED:**

Defendant River Heights Capital, LLC

By: _____　　　　　　9/16/2025
　　　Lori J. Quinn　　　　　　　　　　　　　　　　Date
　　　Messer Strickler Burnette, Ltd