```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREY ALISHAYEV,

                  Plaintiff,

-against-

JUDGMENT RECOVERY PARTNERS LLC, et al.,

                  Defendants.

25-CV-02075 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    As discussed at the January 15 conference, counsel shall appear for a remote status conference before the Court on **Wednesday, January 28, 2026, at 11:00 a.m.** The audio-only public dial-in is +1 646-453-4442,,733970357. Counsel will receive a direct link to join by video.

    In advance of the status conference, counsel shall participate in a meaningful meet and confer to resolve the issues presented at the January 15 conference, as well as any other disputes that may arise with respect to each party's discovery obligations. This includes addressing the following matters in accordance with the Court's directives:

    (1) completing the production of "missing" call records, if any;

    (2) the production of emails in their native format;

    (3) the production of relevant business records that contain last-known contact information and/or other identifying information of the third party known as Charles Brown/George Lopez;

    (4) the scheduling of depositions of Plaintiff, Defendants Tyler Umans and James Olsen, and Charles Brown/George Lopez; and

    (5) the confirmation of Mr. Olsen's entitlement to indemnification by Judgment Recovery Partners, LLC, and the identification of any insurance policy that may cover a portion of any judgment against Mr. Olsen in this case, to the extent he will seek to assert his rights under any such policy.

    To the extent the requests are not objected to, all initial requests for production, including requests for the production of any materials noted above, should be satisfied before the January 28 conference. Counsel for Plaintiff may notify the Court via email if items (3) and (4) (limited to Plaintiff, Mr. Umans, and Mr. Olsen) above are not accomplished by January 21, 2026.

    Counsel should endeavor to resolve all disputes without Court intervention. If they

succeed, they may notify the Court via email that the January 28 conference is unnecessary. Otherwise, by **noon on January 27, 2026**, they shall file on ECF a brief joint letter, not to exceed two pages, stating the items that remain in dispute or on which the Court's assistance would be helpful.

Dated: January 15, 2026
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge