Telephone: (718) 522-7900  
Fax: (877) 496-7809

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

January 27, 2026

**VIA ECF**
Hon. Margaret M. Garnett
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 906
New York, NY 10007

> **Re:** **Plaintiff's consent letter motion for adjournment of status conference.**
> *Alishayev v. Judgment Recovery Partners LLC et al.*, No. 1:25-cv-2075-MMG

Dear Judge Garnett:

The undersigned represents Plaintiff Andrey Alishayev in the above-entitled action against alleging violations of the Fair Debt Collection Practices Act and various state law claims against the remaining Defendants Judgment Recovery Partners LLC, James W. Olsen, and Tyler Umans.

The requested adjournment is needed because the undersigned has been unexpectedly stuck in Utah due to the cancellation of flights from the nationwide snowstorm, and the parties wish to further discuss their discovery disputes to either avoid Court intervention or limit the issues which require Court intervention.

Plaintiff only received Defendants' answers to requests for production yesterday, January 26, 2026, and requests time to review these responses and confer with Defendants regarding any identified deficiencies. There are some items that Plaintiff believes may be deficient, which Plaintiff needs sufficient time to outline in the joint discovery letter.

Pursuant to § I(c) of Your Honor's Individual Practice Rules, Plaintiff seeks an adjournment of the status conference:

- The original date is January 28, 2026.
- There have been no previous requests for adjournment of this hearing.
- Counsel for Defendants consent to this request.
- The request is to adjourn the conference to Wednesday, February 4 at 11:00 AM, or to whatever date is convenient for the Court.

The undersigned thanks the Court for its consideration.

Sincerely,
/s/
Ahmad Keshavarz