

Joseph A. Oliva  |  Partner
Direct 646.292.8734  |  joliva@goldbergsegalla.com

March 25, 2026

VIA ECF
Margaret M. Garnett, United States District Judge
Thurgood Marshall United States Courthouse
Courtroom 906
40 Foley Square
New York, NY 10007

**Re:**   ***Alishayev v. Judgment Recovery Partners LLC, et al***
**Case No. 1:25-cv-02075-MMG**
**GS File No.: 7854.0142**

Dear Judge Garnett:

My firm represents Defendants, Judgment Recovery Partners LLC, Tyler Umans and James W. Olsen (collectively 'Defendants") in connection with the above matter. I am writing this letter with the consent of Plaintiff's counsel.

Per your order dated February 11, 2026, the Court suspended all deadlines based on the reasons provided by lead counsel, Matthew Marrone, Esq. of my firm and asked the Parties to advise the Court by this Friday as to the status of the matter.

The Parties respectfully request that we be given until or before Friday, April 10th to provide a further status, as by then we will have a definitive answer as to when we can resume discovery.

In addition, there is a settlement conference scheduled for April 15, 2026; both Parties would request the settlement conference also be adjourned *sine die*.

We thank the court for its understanding, courtesy and consideration of this matter.

Very truly yours,

Joseph A. Oliva

JAO:mm

cc: All Counsel via ECF

**Please send mail to our scanning center at:**

**OFFICE LOCATION** 711 3rd Avenue, Suite 1900, New York, NY 10017-4013  |  **PHONE** 646-292-8700  |  **FAX** 646-292-8701  |  **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA