

Joseph A. Oliva | Partner
Direct 646.292.8734 | joliva@goldbergsegalla.com

April 10, 2026

VIA ECF
Margaret M. Garnett, United States District Judge
Thurgood Marshall United States Courthouse
Courtroom 906
40 Foley Square
New York, NY 10007

      **Re:**    ***Alishayev v. Judgment Recovery Partners LLC, et al***
               **Case No. 1:25-cv-02075-MMG**
               **GS File No.: 7854.0142**

Dear Judge Garnett:

My firm represents Defendants, Judgment Recovery Partners LLC, Tyler Umans and James W. Olsen (collectively 'Defendants") in connection with the above matter. I am writing this letter with the consent of Plaintiff's counsel.

Per your order dated March 26, 2026, the Court continued the suspension all deadlines based on the reasons provided by lead counsel, Matthew Marrone, Esq. of my firm and asked the Parties to advise the Court by this Friday as to the status of the matter.

Unfortunately, circumstances have changed and my firm cannot provide a definitive timeline for Mr. Marrone's return. With that in mind, we will reassign the matter internally and ask the Court for a conference to outline remaining discovery and other matters associated with this case. We would ask the Court to schedule that conference after April 20th which will give the Parties time to discuss the issues before addressing the Court.

We thank the court for its understanding, courtesy and consideration of this matter.

Very truly yours,

Joseph A. Oliva

JAO:mm

cc: All Counsel via ECF

**Please send mail to our scanning center at:**

**OFFICE LOCATION** 711 3rd Avenue, Suite 1900, New York, NY 10017-4013 | **PHONE** 646-292-8700 | **FAX** 646-292-8701 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
IMANAGE\7854\0142\56444353.v1-4/9/26