**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ANDREY ALISHAYEV,<br><br>Plaintiff(s),<br><br>-against-<br><br>JUDGMENT RECOVERY PARTNERS<br>LLC, TYLER UMANS, JAMES W. OLSEN<br>And RIVER HEIGHTS CAPITAL, LLC,<br><br>Defendants. | Case No. 1:25-CV-2075 |

## MOTION FOR PRO HAC VICE ADMISSION OF DANIEL S. STRICK

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Joseph A. Oliva, am a member in good standing of the United States District Court of the Southern District of New York, there are no pending disciplinary proceedings against me in any state or federal court and I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I hereby move this Court for an Order for admission for Daniel S. Strick to practice Pro Hac Vice to appear as counsel for Defendants Judgment Recovery Partners LLC, Tyler Umans and James W. Olsen in the above-captioned action.

Daniel S. Strick's contact information is: Goldberg Segalla LLP, 1700 Market Street, Suite 3232, Philadelphia, PA, 19103, Email: dstrick@goldbergsegalla.com and Telephone: (267) 519-6870.

In support of this motion, the undersigned relies upon the accompanying Declaration of

Sponsor for Admission *Pro Hac Vice* of Daniel S. Strick, Declaration of Pro Hac Vice applicant

Daniel Strick, Daniel S. Strick's Certificates of Good Standing and the Proposed Order.

Dated: New York, New York
       April 20, 2026

<div style="margin-left:40%">

Respectfully Submitted,

_____
Joseph A. Oliva, Esq.
GOLDBERG SEGALLA LLP
*Attorneys for Defendants*
**JUDGMENT RECOVERY PARTNERS
LLC, TYLER UMANS and JAMES W. OLSEN**
711 3rd Avenue, Suite 1900
New York, New York 10017
T: (646) 292-8700 / F: (646) 292-8701
joliva@goldbergsegalla.com
GS File No.: 7854.0142

</div>

**TO:**   **VIA ECF**

**THE LAW OFFICE OF AHMAD KESHAVARZ**
Ahmad Keshavarz, Esq.
*Attorneys for Plaintiff*
ANDREY ALISHAYEV
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900 / Fax: (877) 496-7809
ahmad@NewYorkConsumerAttorney.com

## CERTIFICATE OF SERVICE

I, Joseph A. Oliva, attorney for Defendants **JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS and JAMES W. OLSEN** do hereby certify that on this **20th day of April, 2026,** a copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE OF DANIEL S. STRICK, DECLARATION OF SPONSOR, DECLARATION OF DANIEL S. STRICK, CERTIFICATES OF GOOD STANDING and PROPOSED ORDER, have been served via filing through the USDC SDNY CM/ECF site via electronic transmission to the email address(es) designated by said attorney(s) for that purpose via CM/ECF, within the State of New York upon the following:

**THE LAW OFFICE OF AHMAD KESHAVARZ**
Ahmad Keshavarz, Esq.
*Attorneys for Plaintiff*
ANDREY ALISHAYEV
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900 / Fax: (877) 496-7809
ahmad@NewYorkConsumerAttorney.com

_____
Joseph A. Oliva, Esq.

3