# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

ANDREY ALISHAYEV,

               Plaintiff(s),

   -against-

JUDGMENT RECOVERY PARTNERS
LLC, TYLER UMANS, JAMES W. OLSEN
And RIVER HEIGHTS CAPITAL, LLC,

               Defendants.

Case No. 1:25-CV-2075

## DECLARATION OF SPONSOR

Joseph A. Oliva, Esq., being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of Goldberg Segalla LLP, 711 Third Avenue, Suite 1900, New York, New York 10017.

2. I am a member of good standing of the bar of the United States District Court for the Southern District of New York since 1996 and of the bar of the State of New York since 1994.

3. This Declaration is made in support of the admission Pro Hac Vice of Daniel S. Strick to the United States District Court for the Southern District of New York, for purposes of representing defendants Judgment Recovery Partners LLC, Tyler Umans and James W. Olsen in the above-captioned matter.

4. Daniel S. Strick possesses the character, fitness and moral qualifications necessary to practice law before this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge.

Dated: New York, New York
      April 20, 2026

                            Respectfully Submitted,

                            _____

                            Joseph A. Oliva, Esq.
                            GOLDBERG SEGALLA LLP
                            *Attorneys for Defendants*
                            **JUDGMENT RECOVERY PARTNERS**
                            **LLC, TYLER UMANS and JAMES W. OLSEN**
                            711 3rd Avenue, Suite 1900
                            New York, New York 10017
                            T: (646) 292-8700 / F: (646) 292-8701
                            joliva@goldbergsegalla.com
                            GS File No.: 7854.0142

TO:    **<u>VIA ECF</u>**

       **THE LAW OFFICE OF AHMAD KESHAVARZ**
       Ahmad Keshavarz, Esq.
       *Attorneys for Plaintiff*
       ANDREY ALISHAYEV
       16 Court St., 26th Floor
       Brooklyn, NY 11241-1026
       Phone: (718) 522-7900 / Fax: (877) 496-7809
       ahmad@NewYorkConsumerAttorney.com

2