**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREY ALISHAYEV,<br><br>      Plaintiff(s),<br><br> -against-<br><br>JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, JAMES W. OLSEN And RIVER HEIGHTS CAPITAL, LLC,<br><br>      Defendants. | Case No. 1:25-CV-2075 |

**DECLARATION OF DANIEL S. STRICK, ESQ.**

Daniel S. Strick, Esquire, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of Goldberg Segalla LLP, 1700 Market Street, Suite 3232, Philadelphia, PA 19103-3907.

2. I am admitted to the Bars of the Commonwealth of Pennsylvania and the States of New Jersey and Ohio and am in good standing. I attach my Certificate of Good Standing of the Commonwealth of Pennsylvania and the States of New Jersey and Ohio.

3. I am also admitted to practice as a member of the Bar of the Commonwealth of Pennsylvania, the State of New Jersey, the State of Ohio, United States District Courts for the Districts of New Jersey, the Eastern District of Pennsylvania, the Middle District of Pennsylvania, the Western District of Pennsylvania, the Third Circuit Court of Appeals, and the Ninth Circuit Court of Appeals.

4. I have never been convicted of a felony and have never been subjected to discipline in any jurisdictions in which I practice.

5.      There are no pending disciplinary proceedings against me in any state or federal court.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6.      My contact information is as follows:

Goldberg Segalla LLP
1700 Market Street, Suite 3232
Philadelphia, PA 19103-3907
dstrick@goldbergsegalla.com
Phone: 267-519-6870

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: Philadelphia, PA
     April 17, 2026

_____
Daniel S. Strick

56507925