

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Daniel Steven Strick, Esq.*

#### DATE OF ADMISSION

*December 17, 2001*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated:  April 16, 2026**

Darian Holland
Chief Clerk