**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREY ALISHAYEV, | Case No. 1:25-CV-2075 |
| Plaintiff(s), | **ORDER FOR ADMISSION** |
| | **PRO HAC VICE OF** |
| -against- | **DANIEL S. STRICK** |
| JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, JAMES W. OLSEN And RIVER HEIGHTS CAPITAL, LLC, | |
| Defendants. | |

The motion of Joseph A. Oliva for Daniel S. Strick for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of New Jersey; and that his contact information is as follows:

Applicant's Name:    Daniel S. Strick

Firm Name:    Goldberg Segalla LLP

Address:    1700 Market Street, Suite 3232

City/State/Zip:    Philadelphia, PA 19103

Telephone/Fax:    Tel: 267-519-6870 / Fax: 267-519-6801

Email:    dstrick@goldbergsegalla.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Judgment Recovery Partners LLC, Tyler Umans and James W. Olsen in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____       _____

United States District / Magistrate Judge