

Joseph A. Oliva | Partner
Direct 646.292.8734 | joliva@goldbergsegalla.com

April 21, 2026

VIA ECF
Margaret M. Garnett, United States District Judge
Thurgood Marshall United States Courthouse
Courtroom 906
40 Foley Square
New York, NY 10007

     **Re:**    ***Alishayev v. Judgment Recovery Partners LLC, et al***
           **Case No. 1:25-cv-02075-MMG**
           **GS File No.: 7854.0142**

Dear Judge Garnett:

Our firm represents Defendants, Judgment Recovery Partners LLC, Tyler Umans and James W. Olsen (collectively 'Defendants") in connection with the above matter. The following is a short status letter in advance of the April 22, 2026, case status conference before Your Honor.

The parties have agreed to and proposed the following case management deadlines:

April 24, 2026   –   Defendants to file answer to the Amended Complaint

May 1, 2026   –   Defendants to answer Requests for Admissions

June 15, 2026   –   Completion of party depositions

August 20, 2026   –   End of fact discovery

October 16, 2026   –   Completion of expert discovery

October 30, 2026   –   Dispositive motions due

The parties are discussing proceeding to private mediation and are currently working together to resolve outstanding written discovery.

**Please send mail to our scanning center at:**

**OFFICE LOCATION** 711 3rd Avenue, Suite 1900, New York, NY 10017-4013 | **PHONE** 646-292-8700 | **FAX** 646-292-8701 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
IMANAGE\7854\0142\56576294.v1-4/20/26

Margaret M. Garnett, United States District Judge
April 21, 2026
Page 2

       We thank the court for its understanding, courtesy and consideration of this matter.

       Respectfully,

       *Joseph A. Oliva*
       Joseph A. Oliva

JAO:mam

cc: All Counsel via ECF