UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/22/2026__
```

ALISHAYEV,

                              Plaintiff(s),

        -against-                                    25-CV-02075 (MMG)

JUDGMENT RECOVERY PARTNERS LLC et al.,            **SCHEDULING ORDER**

                              Defendant(s).

MARGARET M. GARNETT, United States District Judge:

On February 11, 2026, this Court suspended all pending deadlines in this matter due to counsel's personal circumstances. On April 22, 2026, the Court held a conference to discuss outstanding discovery requests and to reset a case management schedule. The schedule shall be as follows:

- April 24, 2026 – Defendants to file answer to Amended Complaint
- May 1, 2026 – Defendants to answer Requests for Admissions
- May 8, 2026 – Defendants to complete production of requested documents that remain outstanding (or confirm that such documents do not exist)
- June 15, 2026 – Completion of party depositions
- August 20, 2026 – Close of fact discovery

Counsel for all parties shall appear for a post-fact discovery conference with the Court on **Wednesday, September 23, 2026**, at **9:30 a.m**. The conference will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. In accordance with Rule II(B)(9) of this Court's Individual Rules, any party who wishes to move for summary judgment must, within 14 days after the close of fact discovery, request that this conference serve as a pre-motion conference. Should no party wish to move for summary judgment at that time, the parties shall file a joint letter in advance of the conference, as outlined under Rule II(A)(7). At the conference, all parties should be prepared to discuss whether expert discovery is needed and, if so, an appropriate schedule; and whether the case should proceed to summary judgment or to trial. If expert discovery is needed, the Court will set a schedule at that time.

Dated: April 22, 2026
        New York, New York                          SO ORDERED.

                                                    MARGARET M. GARNETT
                                                    United States District Judge