

GOLDBERG
SEGALLA

Joseph A. Oliva | Partner
Direct 646.292.8734 | joliva@goldbergsegalla.com

June 3, 2026

VIA ECF
Margaret M. Garnett, United States District Judge
Thurgood Marshall United States Courthouse
Courtroom 906
40 Foley Square
New York, NY 10007

  **Re:** ***Alishayev v. Judgment Recovery Partners LLC, et al***
    **Case No. 1:25-cv-02075-MMG**
    **GS File No.: 7854.0142**

Dear Judge Garnett:

 My firm represents Defendants, Judgment Recovery Partners LLC, Tyler Umans and James W. Olsen (collectively 'Defendants") in connection with the above matter. I am writing this letter jointly and with the consent of Plaintiff's counsel.

 By the Court's Order dated April 22nd, depositions of all parties were to be completed by June 15th; all discovery to be completed by August 20th and amended pleadings to be filed by August 24th.

 The Parties are requesting an extension of all dates by 60 days. We are currently working on possible resolution of this litigation and based on counsel and the litigants' schedules, this will give us time to complete discovery if the case does not resolve.

 We thank the court for its understanding, courtesy and consideration of this matter.

    Very truly yours,

    Joseph A. Oliva

JAO:mm

cc: All Counsel via ECF

**Please send mail to our scanning center at:**

**OFFICE LOCATION** 711 3rd Avenue, Suite 1900, New York, NY 10017-4013  |  **PHONE** 646-292-8700  |  **FAX** 646-292-8701  |  **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
IMANAGE\7854\0142\57201034.v1-5/28/26