**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

**ANDREY ALISHAYEV,**

**Index No. 1:25-cv-02075-MMG**

**Plaintiff,**

**v.**

**JUDGMENT RECOVERY PARTNERS LLC,**
**TYLER UMANS,**
**JAMES W. OLSEN, and**
**RIVER HEIGHTS CAPITAL, LLC,**

**Defendants.**

------------------------------------------------------------x

**AGREED ORDER OF DISMISSAL OF JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, AND JAMES W. OLSEN**

Plaintiff, ANDREY ALISHAYEV, hereby voluntarily dismisses this action against Defendants JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, and JAMES W. OLSEN **with** prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii).

Plaintiff ANDREY ALISHAYEV and Defendants JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, and JAMES W. OLSEN, request that the Court retain jurisdiction to enforce the terms of the settlement between them.

An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

**SO ORDERED this __________ day of _______________, 2026.**

____________________________
**Hon. Margaret M. Garnett**
**District Judge**

**AGREED BY:**

Plaintiff ANDREY ALISHAYEV

By: /s/ Ahmad Keshavarz 8/17/2026
Ahmad Keshavarz Date
The Law Office of Ahmad Keshavarz

**AGREED:**

Defendants JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, and JAMES W. OLSEN

By: August 17, 2026
Joseph A. Oliva Date
Goldberg Segalla LLP