# SETTLEMENT AGREEMENT

THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE is entered into on the date of the latest signature below by and between ANDREY ALISHAYEV ("Plaintiff") and Defendants Judgment Recovery Partners LLC, Tyler Umans, and James W. Olsen ("Settling Defendants"). Plaintiff and Settling Defendant(s) are collectively the "Settling Parties".

1. Settling Defendants shall pay or cause to be paid a total amount **$285,000** by wire transfer (the "Settlement Check") made payable to "Ahmad Keshavarz IOLA Trust Account." The Settling Defendants shall deliver the Settlement Check to Plaintiff's counsel within 21 days of their receipt of this Settlement Agreement signed by Plaintiff and Plaintiff's counsel's W9 which will be submitted simultaneously by Plaintiff to Settling Defendants' counsel.... If the Settling Defendants issues or causes to be issued a 1099 in connection with this settlement, the Settling Defendants will issue a 1099 solely in the name of Ahmad Keshavarz, and not in the name of Plaintiff. If a 1099 is issued in the name of Plaintiff, Plaintiff and/or his counsel shall provide notice to the Settling Defendants' counsel and give the Settling Defendants 30 days to cure. If the Settling Defendants does not cure the 1099 issue within 30 days after being given notice, the Settling Defendants agrees to pay within 30 days an additional forty percent of the Settlement Check amount.

2. Plaintiff and the Settling Defendant(s) shall sign and exchange the attached dismissal with prejudice as to Settling Defendant, no later than two weeks after clearance of the Settlement Check, and any of the Settling Parties may file the same.

3. The Settling Parties, their agents, representatives, trustees, personal representatives, partners, directors, officers, shareholders, attorneys, insurers, brokers, employees , executors, administrators, predecessors, successors, heirs and assigns hereby release and discharge each other from any and all obligations, liabilities, damages, claims, causes of action, losses, damages, costs, sanctions, expenses and attorneys' fees of every kind and nature, in law or in equity, which the Settling Parties ever had, or now has, for, on account of, or by any reason of any action, transaction, occurrence, omissions, relationship, matter, cause or thing to the extent that they relate to the lawsuit entitled *Alishayev v. Judgment Recovery Partners LLC et al* Case No. 1:25-cv-02075-MMG, venued in the United States District Court for the Southern District of New York, (the "Lawsuit") from the beginning of time to the date of the release.

4. **Notice To Parties**

In the event that notice to one of the Parties must be provided under the terms of this Agreement, this Agreement is satisfied and notice is deemed provided by sending the required notice and/or documents and materials via certified U.S. Mail, with postage prepaid, to the respective addresses:

a. For Plaintiff:

Ahmad Keshavarz, Esq.
The Law Office of Ahmad Keshavarz
16 Court St., Suite 2600
Brooklyn, NY 11241
And via fax (877) 496-7809
And via email to:
ahmad@newyorkconsumerattorney.com

b. For Defendants Judgment Recovery Partners LLC, Tyler Umans, and James W. Olsen

Joseph A. Oliva
Goldberg Segalla LLP
711 3rd Avenue, Suite 1900
New York, NY 10017
(p) 646-292-8734
(f) 646-292-8701
joliva@goldbergsegalla.com

5. This Settlement Agreement may be executed in counterparts and each such counterpart, together with the others, shall constitute one and the same instrument, and facsimile and electronic mail signatures herein shall be deemed to be original signatures for all purposes.

6. The Settling Parties agree that the court in which this action is pending shall have continued jurisdiction to enforce the terms of this settlement. This Settlement Agreement and all rights and obligations arising hereunder shall be construed in accordance with, and governed by the laws of, the State of New York as if entirely performed therein and without regard to any conflict-of-laws rules or principles.

7. This Settlement Agreement shall not be deemed an admission of any wrongdoing by any of the Settling Parties.

8. These are all of the terms of the settlement.

**AGREED:**

Andrey Alishayev

**ANDREY ALISHAYEV**
**Plaintiff**

**Date:** 7/16/26

**AGREED:**

**Defendant JUDGMENT RECOVERY PARTNERS LLC**

**By:** Tyler Umans **Date:** 07/19/2026

**Printed name:** Tyler Umans

**Title:** Authorized Representative

**Defendant TYLER UMANS**

**By:** Tyler Umans **Date:** 07/19/2026

**Printed name:** Tyler Umans

**Title:** ______________________

**Defendant JAMES W. OLSEN**

**By:** James Olsen **Date:** 07/16/2026

**Printed name:** James Olsen

**Title:** Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

**ANDREY ALISHAYEV,**

**Index No. 1:25-cv-02075-MMG**

**Plaintiff,**

**v.**

**JUDGMENT RECOVERY PARTNERS LLC,**
**TYLER UMANS,**
**JAMES W. OLSEN, and**
**RIVER HEIGHTS CAPITAL, LLC,**

**Defendants.**

------------------------------------------------------------x

**AGREED ORDER OF DISMISSAL OF JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, AND JAMES W. OLSEN**

Plaintiff, ANDREY ALISHAYEV, hereby voluntarily dismisses this action against Defendants JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, and JAMES W. OLSEN **with** prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii).

Plaintiff ANDREY ALISHAYEV and Defendants JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, and JAMES W. OLSEN, request that the Court retain jurisdiction to enforce the terms of the settlement between them.

An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

**SO ORDERED this __________ day of _______________, 2026.**

____________________________
**Hon. Margaret M. Garnett**
**District Judge**

**AGREED BY:**

Plaintiff ANDREY ALISHAYEV

By: ____________________________ ____________

Ahmad Keshavarz Date

The Law Office of Ahmad

**AGREED:**

Defendants JUDGMENT RECOVERY PARTNERS LLC, TYLER UMANS, and JAMES W. OLSEN

By:

________________________________________________ ______________________

Joseph A. Oliva Date

Goldberg Segalla LLP